1  RONALD L. JOHNSTON (State Bar No. 57418)
   ronald.johnson@aporter.com
2  ANGEL L. TANG (State Bar No. 205396)
   angel.tang@aporter.com
3  ARNOLD & PORTER LLP
   777 S. Figueroa Street, Suite 4400
4  Los Angeles, CA 90017
   (213) 243-4000
5

6  JAMES COOPER (Motion for Admission *Pro Hac Vice* Pending)
   james.cooper@aporter.com
7  LAURA RIPOSO VANDRUFF (Motion for Admission *Pro Hac Vice* Pending)
   laura.vandruff@aporter.com
8  ARNOLD & PORTER LLP
   555 12th Street, NW
   Washington, DC 20004
9  (202) 942-5000

10  *Attorneys for Defendants*
    *m-Qube, Inc. and VeriSign, Inc.*
11
    MICHAEL J. STORTZ (State Bar No. 139386)
12  Michael.Stortz@dbr.com
    BETH O. ARNESE (State Bar No. 241186)
13  Beth.Arnese@dbr.com
    DRINKER BIDDLE & REATH LLP
14  50 Fremont Street, 20th Floor
    San Francisco, California 94105
15  (415) 491-7500

16  *Attorneys for Defendant*
    *AT&T Mobility LLC*
17

18                    UNITED STATES DISTRICT COURT

19                    NORTHERN DISTRICT OF CALIFORNIA

20  LOUIS JIRAN AND DELORES GRESHAM,      )   Case No. 3:08-cv-00013-SC
    individually and on behalf of a class of similarly )
21  situated individuals,                   )
                                            )   **STIPULATION TO EXTEND TIME**
22              Plaintiffs,                 )   **FOR DEFENDANTS M-QUBE, INC.,**
                                            )   **VERISIGN, INC., AND AT&T**
23  v.                                      )   **MOBILITY LLC TO RESPOND TO**
                                            )   **PLAINTIFFS' COMPLAINT**
24  AT&T MOBILITY, LLC d/b/a The New AT&T  )
    f/k/a CINGULAR WIRELESS, a Delaware    )
25  limited liability company, VERISIGN, INC., a )  **Judge: Honorable Samuel Conti**
    Delaware corporation, M-QUBE, INC., a  )
26  Delaware corporation, MBLOX, INC., a   )
    Delaware corporation, and MOBILE       )
27  MESSENGER AMERICAS, INC., a Delaware   )
    corporation,                           )
28                                         )
                Defendants.                )

---

STIPULATION TO EXTEND TIME FOR M-QUBE, INC., VERISIGN, INC., AND AT&T MOBILITY LLC
TO RESPOND TO PLAINTIFFS' COMPLAINT

TO THIS HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

Pursuant to the applicable Federal Rule of Civil Procedure and Local Rules, IT IS HEREBY STIPULATED by and between Defendants M-QUBE, INC., VERISIGN, INC., AT&T Mobility LLC, and Plaintiffs LOUIS JIRAN and DELORES GRESHAM, individually and on behalf of an alleged class of similarly individuals (collectively "Plaintiffs"), based upon good cause, that m-Qube, Inc., VeriSign, Inc., and AT&T Mobility LLC are permitted an extension of time (up to and including February 4, 2008) to respond to the Plaintiffs' Complaint.

IT IS SO STIPULATED

Dated: January 4, 2008                ARNOLD & PORTER LLP

By: /s/ Angel L. Tang
Ronald L. Johnston (State Bar No. 57418)
Angel L. Tang (State Bar No. 205396)
777 S. Figueroa Street, Suite 4400
Los Angeles, CA 90017
(213) 243-4000

James Cooper
*Motion for Admission Pro Hac Vice Pending*
Laura Riposo VanDruff
*Motion for Admission Pro Hac Vice Pending*
555 12th Street, NW
Washington, D.C. 20004
(202) 942-5000

*Attorneys for Defendants*
*m-Qube, Inc. and VeriSign, Inc.*

DRINKER BIDDLE & REATH LLP

By: /s/ Michael J. Stortz
MICHAEL J. STORTZ (State Bar No. 139386)
Michael.Stortz@dbr.com
BETH O. ARNESE (State Bar No. 241186)
Beth.Arnese@dbr.com
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, California 94105
(415) 491-7500

*Attorneys for Defendant*
*AT&T Mobility LLC*

1
2
3
4
5
6
7
8
9
10
...
28

LAW OFFICES OF TERRY M. GORDON

By: /s/ Terry M. Gordon
Terry M. Gordon
Law Offices of Terry M. Gordon
Three Harbor Drive
Suite 215
Sausalito, California  94965
(415) 331-3601

*Attorneys for Plaintiffs*
*Aliza Valdez,* individually and on behalf of a class of similarly situated individuals

- 3 -

STIPULATION TO EXTEND TIME FOR M-QUBE, INC., VERISIGN, INC., AND AT&T MOBILITY LLC
TO RESPOND TO PLAINTIFFS' COMPLAINT