| | |
|---|---|
| 1 | RONALD L. JOHNSTON (State Bar No. 57418) |
|   | ronald.johnston@aporter.com |
| 2 | ANGEL L. TANG (State Bar No. 205396) |
|   | angel.tang@aporter.com |
| 3 | ARNOLD & PORTER LLP |
|   | 777 South Figueroa Street, Suite 4400 |
| 4 | Los Angeles, California  90017 |
|   | (213) 243-4000 |
| 5 | |
|   | JAMES COOPER (Motion for Admission *Pro Hac Vice* Pending) |
| 6 | james.cooper@aporter.com |
|   | LAURA RIPOSO VANDRUFF (Motion for Admission *Pro Hac Vice* Pending) |
| 7 | laura.vandruff@aporter.com |
|   | ARNOLD & PORTER LLP |
| 8 | 555 12th Street, NW |
|   | Washington, DC  20004 |
| 9 | (202) 942-5000 |
| 10 | *Attorneys for Defendants* |
|   | *m-Qube, Inc. and VeriSign, Inc.* |
| 11 | |
|   | MICHAEL J. STORTZ (State Bar No. 139386) |
| 12 | Michael.Stortz@dbr.com |
|   | BETH O. ARNESE (State Bar No. 241186) |
| 13 | Beth.Arnese@dbr.com |
|   | DRINKER BIDDLE & REATH LLP |
| 14 | 50 Fremont Street, 20th Floor |
|   | San Francisco, California 94105 |
| 15 | (415) 491-7500 |
| 16 | *Attorneys for Defendant* |
|   | *AT&T Mobility LLC* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS JIRAN AND DELORES GRESHAM, individually and on behalf of a class of similarly situated individuals, <br><br> Plaintiffs, <br><br> v. <br><br> AT&T MOBILITY, LLC d/b/a The New AT&T f/k/a CINGULAR WIRELESS, a Delaware limited liability company, VERISIGN, INC., a Delaware corporation, M-QUBE, INC., a Delaware corporation, MBLOX, INC., a Delaware corporation, and MOBILE MESSENGER AMERICAS, INC., a Delaware corporation, <br><br> Defendants. | Case No. 3:08-cv-00013-SC <br><br> **CERTIFICATE OF SERVICE** |

1  I am a citizen of the United States, over the age of eighteen years, and I am not a party to the foregoing action. My business address is 777 South Figueroa Street, Suite 4400, Los Angeles, California 90017, which is located in the city, county and state where the mailing described below took place.

I hereby certify that on this 4th day of January 2008, copies of the following document have been served:

**STIPULATION TO EXTEND TIME FOR M-QUBE, INC., VERISIGN, INC., AND AT&T MOBILITY LLC TO RESPOND TO PLAINTIFFS' COMPLAINT**

True and complete copies of the above document were served on the following counsel by U.S. Mail and facsimile:

> Terry M. Gordon
> Law Offices of Terry M. Gordon
> Three Harbor Drive
> Suite 215
> Sausalito, California 94965
> Tel:   415-331-3601
> Fax:   415-331-1225
>
> John G. Jacobs
> Bryan G. Kolton
> The Jacobs Law Firm, Chtd.
> 122 South Michigan Avenue
> Suite 1850
> Chicago, Illinois 60603
> Tel:   312-427-4000
> Fax:   312-427-1850
>
> Jay Edelson
> Myles McGuire
> KamberEdelson, LLC
> 53 West Jackson Boulevard
> Suite 1530
> Chicago, Illinois 60604
> Tel:   312-589-6370
> Fax:   312-873-4610
>
> *Attorneys for Plaintiff*
>
> Michael James Stortz
> Beth O'Neal Arnese
> Drinker Biddle & Reath LLP
> 50 Fremont Street, 20th Floor
> San Francisco, CA 94105-2235
> Tel:   (415) 591-7500
> Fax:   (415) 591-7510

Seamus C. Duffy
Drinker Biddle & Reath LLP
One Logan Square
18th & Cherry Streets
Philadelphia, PA  19103-6996
Tel:   (215) 988-2700
Fax:   (215) 988-2757

*Attorneys for AT&T Mobility*

Jeffrey L. Fillerup
Luce Forward Hamilton & Scripps LLP
Rincon Center II
121 Spear Street
Suite 200
San Francisco, CA  94105
Tel:   (415) 356-4600
Fax:   (415) 356-3881

Brent Austin
Chung-Han Lee
Craig M. White
Wildman Harrold Allen & Dixon LLP
225 West Wacker Drive
28th Floor
Chicago, IL  60606-1229
Tel:   (312) 201-2000
Fax:   (312) 201-2555

*Attorneys for m-Blox, Inc.*

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I further declare under penalty of perjury that the above is true and correct.

Executed on January 4, 2008 at Los Angeles, California.


By:  /s/ C. Leyla Çambel
C. Leyla Çambel