1  MICHAEL J. STORTZ (State Bar No. 139386)
2  BETH O. ARNESE (State Bar No. 241186)
   DRINKER BIDDLE & REATH LLP
3  50 Fremont Street, 20th Floor
   San Francisco, California 94105-2235
4  Telephone: (415) 591-7500
   Facsimile: (415) 591-7510

5  Attorneys for Defendant
6  AT&T MOBILITY LLC

7

8                UNITED STATES DISTRICT COURT
9                NORTHERN DISTRICT OF CALIFORNIA
10               SAN FRANCISCO DIVISION
11

12 | LOUIS JIRAN AND DELORES                          | Case No. CV-08-0013 SC
13 | GRESHAM, individually and on behalf of a         |
   | class of similarly situated individuals,          | **AT&T MOBILITY LLC'S**
14 |                Plaintiffs,                         | **CERTIFICATION OF INTERESTED**
15 | v.                                                 | **ENTITIES OR PERSONS**
   |                                                    | **[CIV. L.R. 3-16]**
16 | AT&T MOBILITY, LLC d/b/a The New
17 | AT&T f/k/a CINGULAR WIRELESS, a
   | Delaware limited liability company,
18 | VERISIGN, INC., a Delaware corporation,
   | M-QUBE, INC., a Delaware corporation,
19 | MBLOX, INC., a Delaware corporation,
   | and MOBILE MESSENGER AMERICAS,
20 | INC., a Delaware corporation,
   |                Defendants.
21

22

23

24     Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed
25 persons, associations of persons, firms, partnerships, corporations (including parent
26 corporations) or other entities (i) have a financial interest in the subject matter in
27 controversy or in a party to the proceeding, or (ii) have a non-financial interest in that
28 subject matter or in a party that could be substantially affected by the outcome of this

1 | proceeding: AT&T MOBILITY LLC is a wholly-owned subsidiary of AT&T, Inc.

Dated: January 7, 2008

DRINKER BIDDLE & REATH LLP

/s/
_____
BETH O. ARNESE

Attorneys for Defendant
AT&T MOBILITY LLC

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\393668\1