MICHAEL J. STORTZ (State Bar No. 139386)
BETH O. ARNESE (State Bar No. 241186)
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, California 94105-2235
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

Attorneys for Defendant
AT&T MOBILITY LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LOUIS JIRAN AND DELORES GRESHAM, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>AT&T MOBILITY, LLC d/b/a The New AT&T f/k/a CINGULAR WIRELESS, a Delaware limited liability company, VERISIGN, INC., a Delaware corporation, M-QUBE, INC., a Delaware corporation, MBLOX, INC., a Delaware corporation, and MOBILE MESSENGER AMERICAS, INC., a Delaware corporation,<br><br>Defendants. | Case No. CV-08-0013 SC<br><br>**DISCLOSURE STATEMENT OF AT&T MOBILITY LLC**<br>**[F.R.C.P. 7.1]** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for AT&T Mobility LLC, make the following disclosure statement:

AT&T Mobility LLC is wholly owned by AT&T Inc. and AT&T Inc.'s wholly owned subsidiaries. AT&T Inc. is the only publicly held corporation with a 10% or more ownership interest in AT&T Mobility Inc.

AT&T Inc. has no parent company, and no publicly held corporation holds a 10%

or greater ownership interest in AT&T Inc.

Dated: January 7, 2008

DRINKER BIDDLE & REATH LLP

/s/
BETH O. ARNESE

Attorneys for Defendant
AT&T MOBILITY LLC

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\393669\1

DISCLOSURE STATEMENT OF AT&T MOBILITY LLC

2

CASE NO. CV-08-0013 SC