RONALD L. JOHNSTON (State Bar No. 57418)
ronald.johnson@aporter.com
ANGEL L. TANG (State Bar No. 205396)
angel.tang@aporter.com
ARNOLD & PORTER LLP
777 S. Figueroa Street, Suite 4400
Los Angeles, CA 90017
(213) 243-4000

JAMES COOPER (Motion for Admission *Pro Hac Vice* Pending)
james.cooper@aporter.com
LAURA RIPOSO VANDRUFF (Motion for Admission *Pro Hac Vice* Pending)
laura.vandruff@aporter.com
ARNOLD & PORTER LLP
555 12th Street, NW
Washington, DC 20004
(202) 942-5000

Attorneys for Defendants
m-Qube, Inc. and VeriSign, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS JIRAN AND DELORES GRESHAM, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>AT&T MOBILITY, LLC d/b/a The New AT&T f/k/a CINGULAR WIRELESS, a Delaware limited liability company, VERISIGN, INC., a Delaware corporation, M-QUBE, INC., a Delaware corporation, MBLOX, INC., a Delaware corporation, and MOBILE MESSENGER AMERICAS, INC., a Delaware corporation,<br><br>Defendants. | Case No.  08-cv-00013-SC<br><br>**CORPORATE DISCLOSURE STATEMENT** |

M-QUBE, INC. AND VERISIGN, INC.'S
CORPORATE DISCLOSURE STATEMENT

**CORPORATE DISCLOSURE STATEMENT PURSUANT TO FRCP 7.1**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendants VeriSign, Inc. and m-Qube, Inc. make the following disclosures:

1. m-Qube, Inc. is a wholly owned subsidiary of VeriSign, Inc.

2. VeriSign, Inc. has no corporate parent, and no publicly held corporation owns 10% or more of VeriSign, Inc.'s stock.

Dated: January 7, 2007

Respectfully submitted,
ARNOLD & PORTER LLP

By: /s/ Angel L. Tang
Ronald L. Johnston (State Bar No. 57418)
Angel L. Tang (State Bar No. 205396)
777 S. Figueroa Street, Suite 4400
Los Angeles, CA 90017
(213) 243-4000

James Cooper
*Motion for Admission Pro Hac Vice Pending*
Laura Riposo VanDruff
*Motion for Admission Pro Hac Vice Pending*
555 12th Street, NW
Washington, D.C. 20004
(202) 942-5000

*Attorneys for Defendants
m-Qube, Inc. and VeriSign, Inc.*