1  RONALD L. JOHNSTON (State Bar No. 57418)
   ronald.johnston@aporter.com
2  ANGEL L. TANG (State Bar No. 205396)
   angel.tang@aporter.com
3  ARNOLD & PORTER LLP
   777 South Figueroa Street, Suite 4400
4  Los Angeles, California  90017
   (213) 243-4000
5
   JAMES COOPER (Motion for Admission *Pro Hac Vice* Pending)
6  james.cooper@aporter.com
   LAURA RIPOSO VANDRUFF (Motion for Admission *Pro Hac Vice* Pending)
7  laura.vandruff@aporter.com
   ARNOLD & PORTER LLP
8  555 12th Street, NW
   Washington, DC  20004
9  (202) 942-5000

10 *Attorneys for Defendants*
   *m-Qube, Inc. and VeriSign, Inc.*
11
   MICHAEL J. STORTZ (State Bar No. 139386)
12 Michael.Stortz@dbr.com
   BETH O. ARNESE (State Bar No. 241186)
13 Beth.Arnese@dbr.com
   DRINKER BIDDLE & REATH LLP
14 50 Fremont Street, 20th Floor
   San Francisco, California 94105
15 (415) 491-7500

16 *Attorneys for Defendant*
   *AT&T Mobility LLC*
17
                       UNITED STATES DISTRICT COURT
18
                      NORTHERN DISTRICT OF CALIFORNIA
19

| | |
|---|---|
| LOUIS JIRAN AND DELORES GRESHAM, individually and on behalf of a class of similarly situated individuals, | Case No. 3:08-cv-00013-SC |
| Plaintiffs, | **CERTIFICATE OF SERVICE** |
| v. | |
| AT&T MOBILITY, LLC d/b/a The New AT&T f/k/a CINGULAR WIRELESS, a Delaware limited liability company, VERISIGN, INC., a Delaware corporation, M-QUBE, INC., a Delaware corporation, MBLOX, INC., a Delaware corporation, and MOBILE MESSENGER AMERICAS, INC., a Delaware corporation, | |
| Defendants. | |

1    I am a citizen of the United States, over the age of eighteen years, and I am not a party to the
2    foregoing action.  My business address is 777 South Figueroa Street, Suite 4400, Los Angeles,
3    California  90017, which is located in the city, county and state where the mailing described below
4    took place.

5    I hereby certify that on this 7th day of January 2008, copies of the following document have
6    been served:

7    **CORPORATE DISCLOSURE STATEMENT**

8    
9    True and complete copies of the above document were served on the following counsel by
    U.S. Mail and facsimile:

    Terry M. Gordon
    Law Offices of Terry M. Gordon
    Three Harbor Drive
    Suite 215
    Sausalito, California  94965
    Tel:    415-331-3601
    Fax:    415-331-1225

    John G. Jacobs
    Bryan G. Kolton
    The Jacobs Law Firm, Chtd.
    122 South Michigan Avenue
    Suite 1850
    Chicago, Illinois  60603
    Tel:    312-427-4000
    Fax:    312-427-1850

    Jay Edelson
    Myles McGuire
    KamberEdelson, LLC
    53 West Jackson Boulevard
    Suite 1530
    Chicago, Illinois  60604
    Tel:    312-589-6370
    Fax:    312-873-4610

    *Attorneys for Plaintiff*

    Michael James Stortz
    Beth O'Neal Arnese
    Drinker Biddle & Reath LLP
    50 Fremont Street, 20th Floor
    San Francisco, CA  94105-2235
    Tel:    (415) 591-7500
    Fax:    (415) 591-7510

Seamus C. Duffy
Drinker Biddle & Reath LLP
One Logan Square
18th & Cherry Streets
Philadelphia, PA 19103-6996
Tel: (215) 988-2700
Fax: (215) 988-2757

*Attorneys for AT&T Mobility*

Jeffrey L. Fillerup
Luce Forward Hamilton & Scripps LLP
Rincon Center II
121 Spear Street
Suite 200
San Francisco, CA 94105
Tel: (415) 356-4600
Fax: (415) 356-3881

Brent Austin
Chung-Han Lee
Craig M. White
Wildman Harrold Allen & Dixon LLP
225 West Wacker Drive
28th Floor
Chicago, IL 60606-1229
Tel: (312) 201-2000
Fax: (312) 201-2555

*Attorneys for m-Blox, Inc.*

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I further declare under penalty of perjury that the above is true and correct.

Executed on January 7, 2008 at Los Angeles, California.


By: /s/ C. Leyla Çambel
C. Leyla Çambel