Craig M. White (*Pro Hac Vice* pending)
Brent R. Austin (SBN 141938)
Chung-Han Lee (SBN 231950)
WILDMAN, HARROLD, ALLEN & DIXON, LLP
225 West Wacker Drive, Suite 2800
Chicago, Illinois 60606
Telephone: (312) 201-2000
Facsimile: (312) 201-2555

Jeffrey L. Fillerup (SBN 120543)
LUCE, FORWARD, HAMILTON & SCRIPPS LLP
Rincon Center II, 121 Spear Street, Suite 200
San Francisco, California 94105-1582
Telephone: (415) 356-4600
Facsimile: (415) 356-4610
E-mail:  jfillerup@luce.com

Attorneys for Defendant MBLOX, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| LOUIS JIRAN and DELORES GRESHAM, individually and on behalf of a class of similarly situated individuals,<br><br>    Plaintiff,<br><br>vs.<br><br>AT&T MOBILITY, LLC d/b/a The New AT&T f/k/a CINGULAR WIRELESS, a Delaware limited liability company, VERISIGN, INC., a Delaware corporation, M-QUBE, INC., a Delaware corporation, M-BLOX, INC., a Delaware corporation, and MOBILE MESSENGER AMERICAS, INC., a Delaware corporation,<br><br>    Defendant. | Case No. CV-08-0013 (SI)<br><br>**DEFENDANT MBLOX, INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PARTIES** |

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii)

1

1 have a non-financial interest in that subject matter or in a party that could be substantially affected by
2 the outcome of this proceeding:
3     mBlox, Inc.
4     Scale Venture Partners
5     Duff Ackerman & Goodrich
6     Novus Ventures
7     Norwest Venture Partners
8     Trident Capital
9     AIG
10     Silicon Valley Bank
11     Andrew Bud
12     Paul McGuire

13     Respectfully submitted,

14 Dated: January 8, 2007     WILDMAN, HARROLD, ALLEN & DIXON LLP

16     By:   /s/ *Chung-Han Lee*
17            Chung-Han Lee

18 Craig M. White (Pro Hac Vice pending)
Brent R. Austin (SBN 141938 inactive)
19 Chung-Han Lee (SBN 231950)
WILDMAN, HARROLD, ALLEN & DIXON, LLP
20 225 West Wacker Drive, Suite 2800
Chicago, Illinois 60606
21 Telephone: (312) 201-2000
Facsimile: (312) 201-2555

22 Jeffrey L. Fillerup (SBN 120543)
23 LUCE, FORWARD, HAMILTON & SCRIPPS LLP
Rincon Center II, 121 Spear Street, Suite 200
24 San Francisco, California 94105-1582
Telephone: (415) 356-4600
25 Facsimile: (415) 356-4610
E-mail: jfillerup@luce.com
26
27 Attorneys for Defendant MBLOX, INC.
28

CERTIFICATION OF INTERESTED
ENTITIES OR PERSONS