MICHAEL J. STORTZ (State Bar No. 139386)
BETH O. ARNESE (State Bar No. 241186)
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, California 94105-2235
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LOUIS JIRAN AND DELORES GRESHAM, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>AT&T MOBILITY, LLC d/b/a The New AT&T f/k/a CINGULAR WIRELESS, a Delaware limited liability company, VERISIGN, INC., a Delaware corporation, M-QUBE, INC., a Delaware corporation, MBLOX, INC., a Delaware corporation, and MOBILE MESSENGER AMERICAS, INC., a Delaware corporation,<br><br>Defendants. | Case No. Case No. CV-08-0013 SC<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

I, CAMELIA SANCHEZ, declare that:

I am at least 18 years of age, and not a party to the above-entitled action. My business address is 50 Fremont Street, 20th Floor, San Francisco, California 94105, Telephone: (415) 591-7500. On January 8, 2008, I caused to be served the following document(s):

**AT&T MOBILITY LLC'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS [CIV. L.R. 3-16]**

**DISCLOSURE STATEMENT OF AT&T MOBILITY LLC [F.R.C.P. 7.1]**

by enclosing a true copy of (each of) said document(s) in (an) envelope(s), addressed as follows:

☑ BY MAIL: I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service. I know that the correspondence is deposited with the United States Postal Service on the same day this declaration was executed in the ordinary course of business. I know that the envelope was sealed, and with postage thereon fully prepaid, placed for collection and mailing on this date, following ordinary business practices, in the United States mail at San Francisco, California.

☐ BY PERSONAL SERVICE: I caused such envelopes to be delivered by a messenger service by hand to the address(es) listed below:

☐ BY OVERNIGHT DELIVERY: I enclosed a true copy of said document(s) in a Federal Express envelope, addressed as follows:

☐ BY FACSIMILE: I caused such documents to be transmitted by facsimile transmission and mail as indicated above.

| | |
|---|---|
| John G. Jacobs, Esq.<br>Bryan G. Kolton, Esq.<br>THE JACOBS LAW FIRM, CHTD.<br>122 South Michigan Avenue<br>Suite 1850<br>Chicago, IL 60603<br>**Telephone: (312) 427-4000**<br>**Facsimile: (312) 427-1850**<br>*Attorneys for Plaintiff* | John Blim, Esq.<br>Jay Edelson, Esq.<br>Myles McGuire, Esq.<br>BLIM & EDELSON, LLC<br>53 West Jackson Blvd., Suite 1642<br>Chicago, Il 60604<br>**Telephone: (312) 913-9400**<br>**Facsimile: (312) 913-9401**<br>*Attorneys for Plaintiff* |

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on January 8, 2008 at San Francisco, California.

*/s/ Camelia Sanchez*
CAMELIA SANCHEZ

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105