RONALD L. JOHNSTON (State Bar No. 57418)
ronald.johnson@aporter.com
ANGEL L. TANG (State Bar No. 205396)
angel.tang@aporter.com
ARNOLD & PORTER LLP
777 S. Figueroa Street, Suite 4400
Los Angeles, CA 90017
(213) 243-4000

JAMES COOPER (Motion for Admission *Pro Hac Vice* Pending)
james.cooper@aporter.com
LAURA RIPOSO VANDRUFF (Motion for Admission *Pro Hac Vice* Pending)
laura.vandruff@aporter.com
ARNOLD & PORTER LLP
555 12th Street, NW
Washington, DC 20004
(202) 942-5000

*Attorneys for Defendants*
*m-Qube, Inc. and VeriSign, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS JIRAN AND DELORES GRESHAM, individually and on behalf of a class of similarly situated individuals,<br><br>    Plaintiffs,<br><br>v.<br><br>AT&T MOBILITY, LLC d/b/a The New AT&T f/k/a CINGULAR WIRELESS, a Delaware limited liability company, VERISIGN, INC., a Delaware corporation, M-QUBE, INC., a Delaware corporation, MBLOX, INC., a Delaware corporation, and MOBILE MESSENGER AMERICAS, INC., a Delaware corporation,<br><br>    Defendants. | Case No. 3:08-cv-00013-SI<br><br>**VERISIGN, INC. AND M-QUBE, INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIV. L.R. 3-16** |

Pursuant to Civil Local Rule 3-16, the undersigned certifies that the following persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the

---

DEFENDANTS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
CASE NO. 3:08-cv-00013-SI

proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

    1.    m-Qube, Inc., a wholly owned subsidiary of VeriSign, Inc.; and

    2.    VeriSign, Inc.

Dated: January 8, 2008        ARNOLD & PORTER LLP

By: /s/ Angel L. Tang
Ronald L. Johnston (State Bar No. 57418)
Angel L. Tang (State Bar No. 205396)
777 S. Figueroa Street, Suite 4400
Los Angeles, CA 90017
(213) 243-4000

James Cooper
*Motion for Admission Pro Hac Vice Pending*
Laura Riposo VanDruff
*Motion for Admission Pro Hac Vice Pending*
555 12th Street, NW
Washington, D.C. 20004
(202) 942-5000

*Attorneys for Defendants*
*m-Qube, Inc. and VeriSign, Inc.*

- 2 -

DEFENDANTS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
CASE NO. 3:08-cv-00013-SI