1   RONALD L. JOHNSTON (State Bar No. 57418)
    ronald.johnston@aporter.com
2   ANGEL L. TANG (State Bar No. 205396)
    angel.tang@aporter.com
3   ARNOLD & PORTER LLP
    777 South Figueroa Street, Suite 4400
4   Los Angeles, California  90017
    (213) 243-4000
5
    JAMES COOPER (Motion for Admission *Pro Hac Vice* Pending)
6   james.cooper@aporter.com
    LAURA RIPOSO VANDRUFF (Motion for Admission *Pro Hac Vice* Pending)
7   laura.vandruff@aporter.com
    ARNOLD & PORTER LLP
8   555 12th Street, NW
    Washington, DC  20004
9   (202) 942-5000

10  *Attorneys for Defendants*
    *m-Qube, Inc. and VeriSign, Inc.*
11

12                  UNITED STATES DISTRICT COURT

13              NORTHERN DISTRICT OF CALIFORNIA

14  LOUIS JIRAN AND DELORES GRESHAM,      )   Case No. 3:08-cv-00013-SI
    individually and on behalf  of a class of similarly )
15  situated individuals,                 )
                                          )   **CERTIFICATE OF SERVICE**
16                    Plaintiffs,         )
                                          )
17  v.                                    )
                                          )
18  AT&T MOBILITY, LLC d/b/a The New AT&T )
    f/k/a CINGULAR WIRELESS, a Delaware   )
19  limited liability company, VERISIGN, INC., a )
    Delaware corporation, M-QUBE, INC., a )
20  Delaware corporation, MBLOX, INC., a  )
    Delaware corporation, and MOBILE      )
21  MESSENGER AMERICAS, INC., a Delaware  )
    corporation,                          )
22                    Defendants.         )

23          I am a citizen of the United States, over the age of eighteen years, and I am not a party to the

24  foregoing action.  My business address is 777 South Figueroa Street, Suite 4400, Los Angeles,

25  California  90017, which is located in the city, county and state where the mailing described below

26  took place.

27          I hereby certify that on this 8th day of January 2008, copies of the following document have

28  been served:

1    **VERISIGN, INC. AND M-QUBE, INC.'S CERTIFICATION OF INTERESTED**
2    **ENTITIES OR PERSONS PURSUANT TO CIV. L.R. 3-16**

3        True and complete copies of the above document were served on the following counsel by

4    U.S. Mail:

5            Terry M. Gordon
            Law Offices of Terry M. Gordon
6            Three Harbor Drive
            Suite 215
7            Sausalito, California  94965
            Tel:    415-331-3601
8            Fax:    415-331-1225

9            John G. Jacobs
            Bryan G. Kolton
10           The Jacobs Law Firm, Chtd.
            122 South Michigan Avenue
11           Suite 1850
            Chicago, Illinois  60603
12           Tel:    312-427-4000
            Fax:    312-427-1850
13
            Jay Edelson
14           Myles McGuire
            KamberEdelson, LLC
15           53 West Jackson Boulevard
            Suite 1530
16           Chicago, Illinois  60604
            Tel:    312-589-6370
17           Fax:    312-873-4610

18           *Attorneys for Plaintiff*

19           Michael James Stortz
            Beth O'Neal Arnese
20           Drinker Biddle & Reath LLP
            50 Fremont Street, 20th Floor
21           San Francisco, CA  94105-2235
            Tel:    (415) 591-7500
22           Fax:    (415) 591-7510

23           Seamus C. Duffy
            Drinker Biddle & Reath LLP
24           One Logan Square
            18th & Cherry Streets
25           Philadelphia, PA  19103-6996
            Tel:    (215) 988-2700
26           Fax:    (215) 988-2757

27           *Attorneys for AT&T Mobility*

28

1        Jeffrey L. Fillerup
           Luce Forward Hamilton & Scripps LLP

2        Rincon Center II
           121 Spear Street

3        Suite 200
           San Francisco, CA  94105

4        Tel:    (415) 356-4600
           Fax:    (415) 356-3881

5

6        Brent Austin
           Chung-Han Lee

7        Craig M. White
           Wildman Harrold Allen & Dixon LLP

8        225 West Wacker Drive
           28th Floor

9        Chicago, IL  60606-1229
           Tel:    (312) 201-2000

10       Fax:    (312) 201-2555

11       *Attorneys for m-Blox, Inc.*

12       I declare that I am employed in the office of a member of the bar of this Court at whose

13 direction the service was made. I further declare under penalty of perjury that the above is true and

14 correct.

15       Executed on January 8, 2008 at Los Angeles, California.

16

17

18                 By:  /s/ C. Leyla Çambel
                          C. Leyla Çambel

19

20

21

22

23

24

25

26

27

28

CERTIFICATE OF SERVICE