1  TERRY M. GORDON - SBN 75604
LAW OFFICES OF TERRY M. GORDON
2  Three Harbor Drive, Suite 215
Sausalito, California 94965
3  Telephone:   (415) 331-3601
Facsimile:    (415) 331-1225
4

5  JOHN G. JACOBS (PENDING *PRO HAC VICE*)
BRYAN G. KOLTON (PENDING *PRO HAC VICE*)
THE JACOBS LAW FIRM, CHTD.
6  122 South Michigan Avenue
Suite 1850
7  Chicago, Illinois 60603
Telephone: (312) 427-4000
8  Facsimile: (312) 427-1850

9  JAY EDELSON ( PENDING *PRO HAC VICE*)
MYLES MCGUIRE (PENDING *PRO HAC VICE*)
10 ELIZABETH MACKEY (PENDING *PRO HAC VICE*)
JOHN BLIM (Of Counsel) (PENDING *PRO HACE VICE*)
11 KAMBEREDLESON, LLC
53 West Jackson Boulevard, Suite 1530
12 Chicago, Illinois 60604
Telephone: (312) 589-6370
13 Facsimile: (312) 873-4610

14 ATTORNEYS FOR PLAINTIFF

15

16                     UNITED STATES DISTRICT COURT

17                    NORTHERN DISTRICT OF CALIFORNIA

18                          SAN FRANCISCO DIVISION

19

20 LOUIS JIRAN AND DELORES GRESHAM,      ) Case No. CV 08-00013 SI
   individually and on behalf of a class of )
21 similarly situated individuals,         ) **[PROPOSED] ORDER**
                                          ) **GRANTING PLAINTIFFS'**
22                                        ) **MOTION TO REMAND**
                Plaintiffs,               )
23                                        )
   v.                                     ) Hearing Date: Feb. 22, 2008
24                                        ) Time:          9:00 a.m.
   AT&T MOBILITY, LLC d/b/a/ The New      ) Dept.:         Crtrm. 10, 19th Flr.
25 AT&T f/k/a CINGULAR WIRELESS, a        )
   Delaware limited liability company,    ) The Hon. Susan Illston
26 VERISIGN, INC., a Delaware corporation, M- )
27

28            **[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO REMAND**
                              **Case No. CV 08-00013 SI**

QUBE, INC., a Delaware corporation, and )
MOBILE MESSENGER AMERICAS, INC., )
a Delaware corporation, )
)
               Defendants. ) **CLASS ACTION**

     This matter came before the Court on Plaintiffs' Motion to Remand. The matter having been fully briefed, the Court being fully advised of the premises, and good cause appearing, the Court rules as follows:

     Plaintiffs' Motion is GRANTED. Defendants' removal was wrong as a matter of law. Plaintiffs are awarded their attorney's fees. This case is remanded to the Superior Court of the State of California, County of San Francisco.

     IT IS SO ORDERED.

Dated:                               By: _____

                                            Susan Illston
                                            United States District Judge