1  TERRY M. GORDON - SBN 75604
   LAW OFFICES OF TERRY M. GORDON
2  Three Harbor Drive, Suite 215
   Sausalito, California  94965
3  Telephone:     (415) 331-3601
   Facsimile:     (415) 331-1225
4

5  JOHN G. JACOBS (PENDING *PRO HAC VICE*)
   BRYAN G. KOLTON (PENDING *PRO HAC VICE*)
   THE JACOBS LAW FIRM, CHTD.
6  122 South Michigan Avenue
   Suite 1850
7  Chicago, Illinois 60603
   Telephone: (312) 427-4000
8  Facsimile: (312) 427-1850

9  JAY EDELSON ( PENDING *PRO HAC VICE*)
   MYLES MCGUIRE (PENDING *PRO HAC VICE*)
10 ELIZABETH MACKEY (PENDING *PRO HAC VICE*)
   JOHN BLIM (Of Counsel) (PENDING *PRO HACE VICE*)
11 KAMBEREDLESON, LLC
   53 West Jackson Boulevard, Suite 1530
12 Chicago, Illinois 60604
   Telephone: (312) 589-6370
13 Facsimile: (312)  873-4610

14 ATTORNEYS FOR PLAINTIFF

15

16                    UNITED STATES DISTRICT COURT

17                    NORTHERN DISTRICT OF CALIFORNIA

18                       SAN FRANCISCO DIVISION

19

| | |
|---|---|
| LOUIS JIRAN AND DELORES GRESHAM, individually and on behalf of a class of similarly situated individuals, | Case No. CV 08-00013 SI |
| | **PLAINTIFFS' NOTICE OF MOTION AND MOTION TO REMAND** |
| Plaintiffs, | |
| v. | Hearing Date: Feb. 22, 2008 |
| | Time:           9:00 a.m. |
| AT&T MOBILITY, LLC d/b/a/ The New AT&T f/k/a CINGULAR WIRELESS, a Delaware limited liability company, VERISIGN, INC., a Delaware corporation, M- | Dept.:          Crtrm. 10, 19th Flr. |
| | The Hon. Susan Illston |

**PLAINTIFF'S NOTICE OF MOTION AND MOTION TO REMAND**
**Case No. CV 08-00013 SI**

| | |
|---|---|
| QUBE, INC., a Delaware corporation, and<br>MOBILE MESSENGER AMERICAS, INC.,<br>a Delaware corporation,<br><br>    Defendants. | )<br>)<br>)<br>)<br>) **CLASS ACTION** |

TO DEFENDANTS AND THEIR ATTORNEYS OF RECORD HEREIN:

PLEASE TAKE NOTICE that on February 22, 2008, at 9:00 a.m., in Courtroom 10 of the above-entitled Court, Plaintiffs Louis Jiran and Delores Gresham, individually and on behalf of a class of similarly situated individuals, will appear before the Honorable Susan Illston, and then and there present their Motion to Remand:

1. Pursuant to the provisions of 28 U.S.C. § 1447( c), Plaintiffs move to have this case remanded to the Superior Court of San Francisco County, California. Defendants' removal of this case from that court to this Court was improper and contrary to well-established law on the subject. This Court lacks subject-matter jurisdiction over the case. The case should be forthwith remanded to the Superior Court of San Francisco County, California, and with attorney's fees awarded to Plaintiffs.

2. The burden is on Defendants to show by a preponderance of the evidence that removal is proper, and they cannot sustain that burden. Defendants suggest two bases for jurisdiction in this Court to support removal: (a) CAFA (28 U.S.C. §§ 1332(d) and 1453), and (b) supplemental jurisdiction under 28 U.S.C. § 1367 (a). As is set forth in Plaintiffs' contemporaneously-filed Memorandum In Support Of Plaintiffs' Motion To Remand, neither basis can be countenanced. Defendants fail to satisfy their burden of proving that claimed damages are in excess of $5 million as required for CAFA removal, and, as a matter of law, Defendants cannot rely upon 28 U.S.C. § 1367(a) to support jurisdiction in this Court.

3. Plaintiffs incorporate herein by reference their Memorandum In Support Of Plaintiffs' Motion To Remand.

1   This Motion will be based on this Notice and Motion, and the supporting
2   Memorandum filed herewith, and on the files and records of this Court, and such argument as
3   may be permitted at the hearing.
4   WHEREFORE, it is respectfully requested that this Court forthwith remand this
5   action to the Superior Court of San Francisco County, California, from whence it was
6   improperly removed, and that the Court award Plaintiffs their attorney's fees and such further
7   or additional relief as the Court shall deem appropriate.

Respectfully submitted,

Dated: January 9, 2008            LAW OFFICES OF TERRY M. GORDON


By:/s/ Terry M. Gordon
   TERRY M. GORDON
   One of the Attorneys for LOUIS JIRAN
   and DELORES GRESHAM, individually
   and on behalf of a class of similarly
   situated individuals

**PLAINTIFF'S NOTICE OF MOTION AND MOTION TO REMAND**
**Case No. CV 08-00013 SI**
- 3 -