1  TERRY M. GORDON - SBN 75604
   LAW OFFICES OF TERRY M. GORDON
2  Three Harbor Drive, Suite 215
   Sausalito, California  94965
3  Telephone:     (415) 331-3601
   Facsimile:     (415) 331-1225
4
   JOHN G. JACOBS (PENDING *PRO HAC VICE*)
5  BRYAN G. KOLTON (PENDING *PRO HAC VICE*)
   THE JACOBS LAW FIRM, CHTD.
6  122 South Michigan Avenue
   Suite 1850
7  Chicago, Illinois 60603
   Telephone: (312) 427-4000
8  Facsimile: (312) 427-1850

9  JAY EDELSON ( PENDING *PRO HAC VICE*)
   MYLES MCGUIRE (PENDING *PRO HAC VICE*)
10 ELIZABETH MACKEY (PENDING *PRO HAC VICE*)
   JOHN BLIM (Of Counsel) (PENDING *PRO HACE VICE*)
11 KAMBEREDLESON, LLC
   53 West Jackson Boulevard, Suite 1530
12 Chicago, Illinois 60604
   Telephone: (312) 589-6370
13 Facsimile: (312)  873-4610

14 ATTORNEYS FOR PLAINTIFF

15

16                 UNITED STATES DISTRICT COURT

17                NORTHERN DISTRICT OF CALIFORNIA

18                   SAN FRANCISCO DIVISION

19

20 LOUIS JIRAN AND DELORES GRESHAM,       )  Case No. CV 08-00013 SI
   individually and on behalf of a class of  )
21 similarly situated individuals,          )  **[PROPOSED] ORDER**
22                                          )  **GRANTING PLAINTIFFS'**
                   Plaintiffs,              )  **MOTION TO REMAND**
23                                          )
24 v.                                       )  Hearing Date: Feb. 22, 2008
                                            )  Time:              9:00 a.m.
25 AT&T MOBILITY, LLC d/b/a/ The New        )  Dept.:           Crtrm. 10, 19th Flr.
   AT&T f/k/a CINGULAR WIRELESS, a          )
26 Delaware limited liability company,      )  The Hon. Susan Illston
   VERISIGN, INC., a Delaware corporation, M- )
27
28 _____
              **[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO REMAND**
                           **Case No. CV 08-00013 SI**

1  QUBE, INC., a Delaware  corporation, and        )
   MOBILE MESSENGER AMERICAS, INC.,                )
2  a Delaware corporation,                         )
                                                   )
3               Defendants.            )  **CLASS ACTION**

4

5          This matter came before the Court on Plaintiffs' Motion to Remand.  The matter

6  having been fully briefed, the Court being fully advised of the premises, and good cause

7  appearing, the Court rules as follows:

8          Plaintiffs' Motion is GRANTED.  Defendants' removal was wrong as a matter of

9  law.  Plaintiffs are awarded their attorney's fees.  This case is remanded to the Superior Court

10  of the State of California, County of San Francisco.

11         IT IS SO ORDERED.

12

13  Dated:                                    By: _____

14                                                Susan Illston
                                                  United States District Judge
15

16

17

18

19

20

21

22

23

24

25

26

27

28

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO REMAND**
**Case No. CV 08-00013 SI**

- 2 -