Laura Riposo VanDruff
Arnold & Porter LLP
555 Twelfth Street
Washington, DC 20004-1206
(202) 942-6312

FILED
08 JAN 25 PM 12: 35
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Clerk's Use Only

Initial for fee pd.:

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Louis Jiran and Delores Gresham, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>AT&T Mobility, LLC d/b/a The New AT&T f/k/a Cingular Wireless, a Delaware limited liability company, VeriSign, Inc, a Delaware corporation, M-Qube, Inc., a Delaware corporation, MBlox, Inc., a Delaware corporation, and Mobile Messenger Americas, Inc., a Delaware corporation,<br><br>Defendants. | CASE NO. 3-08-CV-00013 SI<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY** *PRO HAC VICE* |

Pursuant to Civil L.R. 11-3, Laura Riposo VanDruff, an active member in good standing of the bar of the District of Columbia, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing defendants VeriSign, Inc., a Delaware corporation and M-Qube, Inc., a Delaware corporation in the above-entitled action.

In support of this application, I certify on oath that:

452964

American LegalNet, Inc.
www.FormsWorkflow.com

1.     1.     I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2.     2.     I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3.     3.     An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

> Angel L. Tang
> Arnold & Porter LLP
> 777 South Figueroa Street, 44th Floor
> Los Angeles, California 90017
> (213) 243-4000

I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 21, 2008

_____
Laura Riposo VanDruff

452964

American LegalNet, Inc.
www.FormsWorkflow.com

COPY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Louis Jiran and Delores Gresham, individually and on behalf of a class of similarly situated individuals,

    Plaintiffs,

v.

AT&T Mobility, LLC d/b/a The New AT&T f/k/a Cingular Wireless, a Delaware limited liability company, VeriSign, Inc, a Delaware corporation, M-Qube, Inc., a Delaware corporation, MBlox, Inc., a Delaware corporation, and Mobile Messenger Americas, Inc., a Delaware corporation,

    Defendants.

CASE NO. 3-08-CV-00013 SI

(PROPOSED) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

  Laura Riposo VanDruff, an active member in good standing of the bar of the District of Columbia, whose business address and telephone number is: Arnold & Porter LLP, 555 Twelfth Street, Washington, DC 2004-1206, (202) 942-6312, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing defendants VeriSign, Inc., a Delaware corporation and M-Qube, Inc., a Delaware corporation.

  IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:

                     United States Magistrate Judge

452929