```
 1  RONALD L. JOHNSTON (State Bar No. 57418)
    ronald.johnson@aporter.com
 2  ANGEL L. TANG (State Bar No. 205396)
    angel.tang@aporter.com
 3  ARNOLD & PORTER LLP
    777 S. Figueroa Street, Suite 4400
 4  Los Angeles, CA 90017
    (213) 243-4000
 5
    JAMES COOPER (Motion for Admission Pro Hac Vice Pending)
 6  james.cooper@aporter.com
    LAURA RIPOSO VANDRUFF (Motion for Admission Pro Hac Vice Pending)
 7  laura.vandruff@aporter.com
    ARNOLD & PORTER LLP
 8  555 12th Street, NW
    Washington, DC 20004
 9  (202) 942-5000

10  Attorneys for Defendants
    m-Qube, Inc. and VeriSign, Inc.
11
    MICHAEL J. STORTZ (State Bar No. 139386)
12  Michael.Stortz@dbr.com
    BETH O. ARNESE (State Bar No. 241186)
13  Beth.Arnese@dbr.com
    DRINKER BIDDLE & REATH LLP
14  50 Fremont Street, 20th Floor
    San Francisco, California 94105
15  (415) 491-7500

16  Attorneys for Defendant
    AT&T Mobility LLC
17
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS JIRAN AND DELORES GRESHAM, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>AT&T MOBILITY, LLC d/b/a The New AT&T f/k/a CINGULAR WIRELESS, a Delaware limited liability company, VERISIGN, INC., a Delaware corporation, M-QUBE, INC., a Delaware corporation, MBLOX, INC., a Delaware corporation, and MOBILE MESSENGER AMERICAS, INC., a Delaware corporation,<br><br>Defendants. | Case No. 3:08-cv-00013-SI<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANTS M-QUBE, INC., VERISIGN, INC., AT&T MOBILITY, LLC, AND MOBILE MESSENGER AMERICAS, INC. TO RESPOND TO PLAINTIFFS' COMPLAINT**<br><br>**Judge: Honorable Susan Illston** |

TO THIS HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

Pursuant to the applicable Federal Rules of Civil Procedure and Local Rules, IT IS HEREBY STIPULATED by and between Defendants M-QUBE, INC., VERISIGN, INC., AT&T MOBILITY, LLC and MOBILE MESSENGER AMERICAS, INC., and Plaintiffs LOUIS JIRAN and DELORES GRESHAM, individually and on behalf of an alleged class of similarly situated individuals (collectively "Plaintiffs"), based upon good cause, that Defendants m-Qube, Inc., VeriSign, Inc., AT&T Mobility, LLC and Mobile Messenger Americas, Inc. shall receive an extension of time from February 4 to March 7, 2008 to respond to Plaintiffs' Complaint.

IT IS SO STIPULATED

Dated: January 28, 2008

ARNOLD & PORTER LLP

By: /s/ Angel L. Tang
Ronald L. Johnston (State Bar No. 57418)
Angel L. Tang (State Bar No. 205396)
777 S. Figueroa Street, Suite 4400
Los Angeles, CA 90017
(213) 243-4000

James Cooper
*Motion for Admission Pro Hac Vice Pending*
Laura Riposo VanDruff
*Motion for Admission Pro Hac Vice Pending*
555 12th Street, NW
Washington, D.C. 20004
(202) 942-5000

*Attorneys for Defendants
m-Qube, Inc. and VeriSign, Inc.*

DRINKER BIDDLE & REATH LLP

By: /s/ Michael J. Stortz
MICHAEL J. STORTZ (State Bar No. 139386)
Michael.Stortz@dbr.com
BETH O. ARNESE (State Bar No. 241186)
Beth.Arnese@dbr.com
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, California 94105
(415) 491-7500

*Attorneys for Defendant
AT&T Mobility, LLC*

STIPULATION TO EXTEND TIME FOR M-QUBE, INC., VERISIGN, INC., AT&T MOBILITY LLC, AND MOBILE MESSENGER AMERICAS, INC. TO RESPOND TO PLAINTIFFS' COMPLAINT

| | |
|---|---|
| 1 | SHEPARD MULLIN RICHTER & HAMPTON LLP |
| 2 | |
| | By: /s/   Philip F. Atkins-Pattenson |
| 3 | Philip F. Atkins-Pattenson (State Bar No. 94901) |
| | Shepard Mullin Richter & Hampton LLP |
| 4 | Four Embarcadero Center |
| | Seventeenth Floor |
| 5 | San Francisco, CA 94111 |
| | (415) 434.9100 |
| 6 | |
| 7 | *Attorneys for Defendant* |
| | *Mobile Messenger Americas, Inc.* |
| 8 | |
| | KAMBEREDELSON, LLC |
| 9 | |
| | By: /s/ Jay Edelson |
| 10 | Jay Edelson |
| | Myles McGuire |
| 11 | Elizabeth Mackey |
| | John Blim |
| 12 | Kamberedelson, LLC |
| | 53 West Jackson Boulevard, Suite 1530 |
| 13 | Chicago, Illinois 60604 |
| | (312) 589-6370 |
| 14 | |
| 15 | THE JACOBS LAW FIRM, CHTD. |
| | |
| 16 | By: /s/ John G. Jacobs |
| | John G. Jacobs |
| 17 | Bryan G. Kolton |
| | The Jacobs Law Firm, Chtd. |
| 18 | 122 South Michigan Avenue |
| | Suite 1850 |
| 19 | Chicago, Illinois 60603 |
| | (312) 427-4000 |
| 20 | |
| | LAW OFFICES OF TERRY M. GORDON |
| 21 | |
| | By: /s/ Terry M. Gordon |
| 22 | Terry M. Gordon |
| | Law Offices of Terry M. Gordon |
| 23 | Three Harbor Drive |
| | Suite 215 |
| 24 | Sausalito, California  94965 |
| | (415) 331-3601 |
| 25 | |
| | *Attorneys for Plaintiffs* |
| 26 | *Louis Jiran and Delores Gresham, individually and on behalf of a class of similarly situated individuals* |
| 27 | 453848 |
| 28 | - 3 - |

# PROOF OF SERVICE

State of California      )
                         ) SS.
County of Los Angeles    )

RE:   Louis Jiran v. AT&T Mobility, et al

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Arnold & Porter, 777 South Figueroa Street, 44th Floor, Los Angeles, California 90017. On January 28, 2008, the following document described as **STIPULATION TO EXTEND TIME FOR DEFENDANTS M-QUBE, INC., VERISIGN, INC., AT&T MOBILITY, LLC, AND MOBILE MESSENGER AMERICAS, INC. TO RESPOND TO PLAINTIFF'S COMPLAINT** was electronically filed with the Clerk of the Court using the CM/ECF system and caused it to be electronically served on all counsel.

True and complete copies of the above document were also served by U.S. Mail on all counsel as follows:

LAW OFFICES OF TERRY M. GORDON
Terry M. Gordon
Three Harbor Drive
Suite 215
Sausalito, California 94965
(415) 331-3601

THE JACOBS LAW FIRM, CHTD.
John G. Jacobs
Bryan G. Kolton
122 South Michigan Avenue, Suite 1850
Chicago, Illinois 60603
(312) 427-4000

KAMBEREDELSON, LLC
Jay Edelson
Myles McGuire
Elizabeth Mackey
John Blim
53 West Jackson Boulevard, Suite 1530
Chicago, Illinois 60604
(312) 589-6370

*Attorneys for Plaintiffs*
*Louis Jiran and Delores Gresham, individually and on behalf of a class of similarly situated individuals*

| | |
|---|---|
| 1 | DRINKER BIDDLE & REATH LLP |
| 2 | Michael J. Stortz |
| | Beth O. Arnese |
| 3 | 50 Fremont Street, 20th Floor |
| | San Francisco, California 94105 |
| 4 | (415) 491-7500 |

*Attorneys for Defendant*
*AT&T Mobility, LLC*


SHEPARD MULLIN RICHTER & HAMPTON LLP
Philip F. Atkins-Pattenson
Four Embarcadero Center
Seventeenth Floor
San Francisco, CA 94111
(415) 434.9100

*Attorneys for Defendant*
*Mobile Messenger Americas, Inc.*


I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I further declare under penalty of perjury that the above is true and correct.

Executed on January 28, 2008 at Los Angeles, California.


By: /s/ Lorraine Danielson
    Lorraine Danielson

PROOF OF SERVICE