1  MICHAEL J. STORTZ (State Bar No. 139386)
   Michael.Stortz@dbr.com
2  BETH O. ARNESE (State Bar No. 241186)
   Beth.Arnese@dbr.com
3  DRINKER BIDDLE & REATH LLP
   50 Fremont Street, 20th Floor
4  San Francisco, California 94105-2235
   Telephone: (415) 591-7500
5  Facsimile: (415) 591-7510

6  Attorneys for Defendant
   AT&T Mobility LLC
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                  SAN FRANCISCO DIVISION

11

12 | LOUIS JIRAN AND DELORES          | Case No. 07- 468268 SI
13 | GRESHAM, individually and on behalf of a
   | class of similarly situated individuals,  | **STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFFS' MOTIONS TO REMAND AND DECLARATION OF MICHAEL J. STORTZ REGARDING SAME**
14 |              Plaintiffs,
15 | v.
16 | AT&T MOBILITY, LLC d/b/a The New  | Judge:    Honorable Susan Illston
   | AT&T f/k/a CINGULAR WIRELESS, a
17 | Delaware limited liability company,
   | VERISIGN, INC., a Delaware corporation,
18 | M-QUBE, INC., a Delaware corporation,
   | MBLOX, INC., a Delaware corporation,
19 | and MOBILE MESSENGER AMERICAS,
   | INC., a Delaware corporation,
20
   |              Defendants.
21

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\394644\1

STIPULATION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' MOTION TO REMAND
AND DECLARATION OF MICHAEL J. STORTZ
Case No. 07- 468268 SI

The parties, by and through their respective attorneys of record, hereby stipulate and agree to the following:

1. The parties hereby stipulate that Defendants are permitted an extension of time, up to and including February 15, 2008, to respond to Plaintiff Louis Jiran's Motion to Remand and Plaintiff Delores Gresham's Motion to Remand.

2. The parties further stipulate that Plaintiff Louis Jiran and Plaintiff Delores Gresham will file their replies to Defendants' oppositions no later than February 22, 2008.

3. The parties further stipulate that the hearing regarding Plaintiff Louis Jiran and Plaintiff Delores Gresham's Motion to Remand will be held on February 29, 2008.

IT IS SO STIPULATED.

Dated: January 28, 2008

DRINKER BIDDLE & REATH LLP

/s/ Michael J. Stortz
MICHAEL J. STORTZ

Attorneys for Defendant
AT&T Mobility, LLC

50 Fremont Street, 20th Floor
San Francisco, CA 94105

*Of Counsel*
Seamus C. Duffy
DRINKER BIDDLE & REATH LLP
One Logan Square
18th & Cherry Streets
Philadelphia, Pennsylvania 19103-6996
Telephone: (215) 988-2700

///
///
///

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\394644\1

2

STIPULATION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' MOTION TO REMAND
AND DECLARATION OF MICHAEL J. STORTZ
Case No. 07- 468268 SI

| | | |
|---|---|---|
| 1 | Dated: January 28, 2008 | ARNOLD & PORTER LLP |
| 2 | | |
| 3 | | /s/ Ronald L. Johnston |
| | | RONALD L. JOHNSTON |
| 4 | | ANGEL L. TANG |
| 5 | | Attorneys for Defendants |
| | | VeriSign, Inc. and m-Qube, Inc. |
| 6 | | |
| | | 777 South Figueroa Street, Suite 4400 |
| 7 | | Los Angeles, California 90017 |
| | | (213) 243-4000 |
| 8 | | |
| | | *Of Counsel* |
| 9 | | James Cooper |
| | | Arnold & Porter LLP |
| 10 | | 555 Twelfth Street, NW |
| | | Washington, DC 20004-1206 |
| 11 | | Telephone: (202) 942-5014 |
| 12 | | |
| 13 | | |
| 14 | Dated: January 28, 2008 | LUCE FORWARD HAMILTON & SCRIPPS LLP |
| 15 | | |
| | | /s/ Jeffrey L. Fillerup |
| 16 | | JEFFREY L. FILLERUP |
| 17 | | Attorneys for Defendant |
| | | mBlox, Inc. |
| 18 | | |
| | | Rincon Center II |
| 19 | | 121 Spear Street, Suite 200 |
| | | San Francisco, CA 94105-1582 |
| 20 | | Telephone: (415) 356-4600 |
| | | Facsimile: (415) 356-4610 |
| 21 | | |
| | | *Of Counsel* |
| 22 | | Craig M. White |
| | | Brent Austin |
| 23 | | Chung-Han Lee |
| 24 | | WILDMAN HARROLD ALLEN & DIXON LLP |
| | | 225 West Wacker Drive |
| 25 | | 28th Floor |
| | | Chicago, IL 60606-1229 |
| 26 | | Telephone: (312) 201-2000 |
| 27 | | |
| 28 | | |

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\394644\1

3

STIPULATION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' MOTION TO REMAND
AND DECLARATION OF MICHAEL J. STORTZ
Case No. 07- 468268 SI

| | | |
|---|---|---|
| 1 | Dated: January 28, 2008 | SHEPPARD MULLIN RICHTER & HAMPTON LLP |
| 2 | | |
| 3 | | /s/ Philip Atkins-Pattenson |
| 4 | | PHILIP ATKINS-PATTENSON |
| 5 | | Attorneys for Defendant Mobile Messenger Americas, Inc. |
| 6 | | Four Embarcadero Center Seventeenth Floor |
| 7 | | San Francisco, CA 94111 Telephone: (415) 434-9100 |
| 8 | | Facsimile: (415) 434-3947 |
| 9 | | |
| 10 | Dated: January 28, 2008 | KAMBEREDELSON, LLC |
| 11 | | |
| 12 | | /s/ Myles McGuire |
| | | MYLES MCGUIRE |
| 13 | | Attorneys for Plaintiff Louis Jiran and Dolores Gresham |
| 14 | | |
| 15 | | Terry M. Gordon The Law Offices of Terry M. Gordon Three Harbor Drive, Suite 215 |
| 16 | | Sausalito, California 94965 |
| 17 | | *Of Counsel* Jay Edelson |
| 18 | | Myles McGuire KamberEdelson, LLC |
| 19 | | 53 West Jackson Blvd. Suite 1530 |
| 20 | | Chicago, IL 60604 |
| 21 | /// | |
| 22 | /// | |
| 23 | /// | |
| 24 | /// | |
| 25 | /// | |
| 26 | /// | |
| 27 | /// | |
| 28 | | |

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\394644\1

4

STIPULATION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' MOTION TO REMAND
AND DECLARATION OF MICHAEL J. STORTZ
Case No. 07- 468268 SI

## DECLARATION OF MICHAEL J. STORTZ

I, Michael J. Stortz, declare as follows:

1. I am a member of the Bar of State of California and admitted to practice before this Court. I am a partner in the firm of Drinker Biddle & Reath LLP, attorneys of record for AT&T Mobility LLC. I make this declaration of my own personal knowledge, and if called would testify to the matters set forth therein.

2. Pursuant to Civil Local Rule 6-2(a) (1), Defendants have requested an extension of time to respond to Plaintiffs' Motions to Remand in order to allow adequate time to brief the issues presented and obtain the necessary factual evidence to support Defendants' Oppositions to Plaintiffs' Motion to Remand.

3. Pursuant to Civil Local Rule 6-2(a) (2), there have been no previous modifications of time in this case, either by stipulation of the parties or by court order, except to continue the defendants' answer deadline.

4. Pursuant to Civil Local Rule 6-2(a) (3), the schedule for this case will be modified so that the hearing date, originally scheduled for February 22, 2008, will be moved to February 29, 2008. Defendants' opposition briefs shall become due on February 15, 2008, and Plaintiffs' reply briefs shall become due on February 22, 2008.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct. Executed on January 28, 2008 in San Francisco, California.

Dated: January 28, 2008

/s/ Michael J. Stortz
MICHAEL J. STORTZ

///
///
///

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\394644\1

5

STIPULATION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' MOTION TO REMAND
AND DECLARATION OF MICHAEL J. STORTZ
Case No. 07- 468268 SI

# CERTIFICATE OF SERVICE

I, CAMELIA SANCHEZ, declare that:

I am at least 18 years of age, and not a party to the above-entitled action. My business address is 50 Fremont Street, 20th Floor, San Francisco, California 94105, Telephone: (415) 591-7500. On January 28, 2008, I caused to be served the following document(s):

**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFFS' MOTIONS TO REMAND AND DECLARATION OF MICHAEL J. STORTZ REGARDING SAME**

**[PROPOSED] ORDER EXTENDING TIME TO RESPOND TO PLAINTIFFS' MOTION TO REMAND**

by enclosing a true copy of (each of) said document(s) in (an) envelope(s), addressed as follows:

☒ BY MAIL: I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service. I know that the correspondence is deposited with the United States Postal Service on the same day this declaration was executed in the ordinary course of business. I know that the envelope was sealed, and with postage thereon fully prepaid, placed for collection and mailing on this date, following ordinary business practices, in the United States mail at San Francisco, California.

☐ BY PERSONAL SERVICE: I caused such envelopes to be delivered by a messenger service by hand to the address(es) listed below:

☐ BY OVERNIGHT DELIVERY: I enclosed a true copy of said document(s) in a Federal Express envelope, addressed as follows:

☐ BY FACSIMILE: I caused such documents to be transmitted by facsimile transmission and mail as indicated above.

Jay Edelson, Esq.
Myles McGuire, Esq.
KAMBER & EDELSON, LLC
53 West Jackson Blvd., Suite 1642
Chicago, Il 60604
**Telephone: (312) 913-9400**
**Facsimile: (312) 913-9401**
*Attorneys for Plaintiff*

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on January 28, 2008 at San Francisco, California.

_____
CAMELIA SANCHEZ

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\394788\1

CERTIFICATE OF SERVICE

1  MICHAEL J. STORTZ (State Bar No. 139386)
   Michael.Stortz@dbr.com
2  BETH O. ARNESE (State Bar No. 241186)
   Beth.Arnese@dbr.com
3  DRINKER BIDDLE & REATH LLP
   50 Fremont Street, 20th Floor
4  San Francisco, California 94105-2235
   Telephone: (415) 591-7500
5  Facsimile: (415) 591-7510

6  Attorneys for Defendant
   AT&T Mobility LLC
7

8              UNITED STATES DISTRICT COURT
9              NORTHERN DISTRICT OF CALIFORNIA
10             SAN FRANCISCO DIVISION
11

12 LOUIS JIRAN AND DELORES            Case No. 07- 468268 SI
   GRESHAM, individually and on behalf of a
13 class of similarly situated individuals,   [PROPOSED] ORDER EXTENDING
                                              TIME TO RESPOND TO PLAINTIFFS'
14             Plaintiffs,                    MOTION TO REMAND

15 v.                                         Judge: Honorable Susan Illston

16 AT&T MOBILITY, LLC d/b/a The New
   AT&T f/k/a CINGULAR WIRELESS, a
17 Delaware limited liability company,
   VERISIGN, INC., a Delaware corporation,
18 M-QUBE, INC., a Delaware corporation,
   MBLOX, INC., a Delaware corporation,
19 and MOBILE MESSENGER AMERICAS,
   INC., a Delaware corporation,
20
               Defendants.
21

22
23
24
25
26
27
28

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\394651\1

1   Based upon the Stipulation of the parties and for good cause shown, it is ordered
2   as follows:
3   1.   Defendants are permitted an extension of time, up to and including
4   February 15, 2008, to respond to Plaintiff Louis Jiran's Motion to Remand and Plaintiff
5   Delores Gresham's Motion to Remand.
6   2.   Plaintiff Louis Jiran and Plaintiff Delores Gresham will file their replies to
7   Defendants' oppositions no later than February 22, 2008.
8   3.   The hearing regarding Plaintiff Louis Jiran and Plaintiff Delores Gresham's
9   Motion to Remand will be held on February 29, 2008.

11   **PURSUANT TO STIPULATION AND FOR GOOD CAUSE SHOWN, IT IS**
12   **SO ORDERED.**

16   Dated: _____
17                                                           THE HONORABLE SUSAN ILLSTON

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SFI\394651\1

2

[PROPOSED] ORDER EXTENDING TIME TO RESPOND TO PLAINTIFFS' MOTION TO REMAND
Case No. 07-468268 SI

# CERTIFICATE OF SERVICE

I, CAMELIA SANCHEZ, declare that:

I am at least 18 years of age, and not a party to the above-entitled action. My business address is 50 Fremont Street, 20th Floor, San Francisco, California 94105, Telephone: (415) 591-7500. On January 28, 2008, I caused to be served the following document(s):

**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFFS' MOTIONS TO REMAND AND DECLARATION OF MICHAEL J. STORTZ REGARDING SAME**

**[PROPOSED] ORDER EXTENDING TIME TO RESPOND TO PLAINTIFFS' MOTION TO REMAND**

by enclosing a true copy of (each of) said document(s) in (an) envelope(s), addressed as follows:

☒ BY MAIL: I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service. I know that the correspondence is deposited with the United States Postal Service on the same day this declaration was executed in the ordinary course of business. I know that the envelope was sealed, and with postage thereon fully prepaid, placed for collection and mailing on this date, following ordinary business practices, in the United States mail at San Francisco, California.

☐ BY PERSONAL SERVICE: I caused such envelopes to be delivered by a messenger service by hand to the address(es) listed below:

☐ BY OVERNIGHT DELIVERY: I enclosed a true copy of said document(s) in a Federal Express envelope, addressed as follows:

☐ BY FACSIMILE: I caused such documents to be transmitted by facsimile transmission and mail as indicated above.

Jay Edelson, Esq.
Myles McGuire, Esq.
KAMBER & EDELSON, LLC
53 West Jackson Blvd., Suite 1642
Chicago, Il 60604
**Telephone: (312) 913-9400**
**Facsimile: (312) 913-9401**
*Attorneys for Plaintiff*

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on January 28, 2008 at San Francisco, California.

_____
CAMELIA SANCHEZ

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105