MICHAEL J. STORTZ (State Bar No. 139386)
Michael.Stortz@dbr.com
BETH O. ARNESE (State Bar No. 241186)
Beth.Arnese@dbr.com
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, California 94105-2235
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

Attorneys for Defendant
AT&T Mobility LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LOUIS JIRAN AND DELORES GRESHAM, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>AT&T MOBILITY, LLC d/b/a The New AT&T f/k/a CINGULAR WIRELESS, a Delaware limited liability company, VERISIGN, INC., a Delaware corporation, M-QUBE, INC., a Delaware corporation, MBLOX, INC., a Delaware corporation, and MOBILE MESSENGER AMERICAS, INC., a Delaware corporation,<br><br>Defendants. | Case No. CV-08-00013 SI<br><br>**[PROPOSED] ORDER EXTENDING TIME TO RESPOND TO PLAINTIFFS' MOTION TO REMAND**<br><br>**Judge: Honorable Susan Illston** |

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\394651\1

[PROPOSED] ORDER EXTENDING TIME TO RESPOND TO PLAINTIFFS' MOTION TO REMAND
Case No. CV-08-00013 SI

1  Based upon the Stipulation of the parties and for good cause shown, it is ordered
2  as follows:
3  1. Defendants are permitted an extension of time, up to and including
4  February 15, 2008, to respond to Plaintiff Louis Jiran's Motion to Remand and Plaintiff
5  Delores Gresham's Motion to Remand.
6  2. Plaintiff Louis Jiran and Plaintiff Delores Gresham will file their replies to
7  Defendants' oppositions no later than February 22, 2008.
8  3. The hearing regarding Plaintiff Louis Jiran and Plaintiff Delores Gresham's
9  Motion to Remand will be held on February 29, 2008.

**PURSUANT TO STIPULATION AND FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

Dated: _____

_(signature)_
THE HONORABLE SUSAN ILLSTON

Drinker Biddle & Reath LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\394651\1

2
[PROPOSED] ORDER EXTENDING TIME TO RESPOND TO PLAINTIFFS' MOTION TO REMAND
Case No. CV-08-00013 SI

# CERTIFICATE OF SERVICE

I, CAMELIA SANCHEZ, declare that:

I am at least 18 years of age, and not a party to the above-entitled action. My business address is 50 Fremont Street, 20th Floor, San Francisco, California 94105, Telephone: (415) 591-7500. On January 29, 2008, I caused to be served the following document(s):

**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFFS' MOTIONS TO REMAND AND DECLARATION OF MICHAEL J. STORTZ REGARDING SAME**

**[PROPOSED] ORDER EXTENDING TIME TO RESPOND TO PLAINTIFFS' MOTION TO REMAND**

by enclosing a true copy of (each of) said document(s) in (an) envelope(s), addressed as follows:

☒ BY MAIL: I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service. I know that the correspondence is deposited with the United States Postal Service on the same day this declaration was executed in the ordinary course of business. I know that the envelope was sealed, and with postage thereon fully prepaid, placed for collection and mailing on this date, following ordinary business practices, in the United States mail at San Francisco, California.

☐ BY PERSONAL SERVICE: I caused such envelopes to be delivered by a messenger service by hand to the address(es) listed below:

☐ BY OVERNIGHT DELIVERY: I enclosed a true copy of said document(s) in a Federal Express envelope, addressed as follows:

☐ BY FACSIMILE: I caused such documents to be transmitted by facsimile transmission and mail as indicated above.

Jay Edelson, Esq.
Myles McGuire, Esq.
KAMBER & EDELSON, LLC
53 West Jackson Blvd., Suite 1642
Chicago, Il 60604
**Telephone: (312) 913-9400**
**Facsimile: (312) 913-9401**
*Attorneys for Plaintiff*

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on January 29, 2008 at San Francisco, California.

CAMELIA SANCHEZ