| Clerk's Use Only |
|---|
| Initial for fee pd.: |

Craig M. White
Wildman, Harrold, Allen & Dixon LLP
225 West Wacker Drive
Chicago, IL 60606-1229
(312) 201-2000


FILED
08 JAN 29 PM 3:56

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

Louis Jiran and Delores Gresham,
individually and on behalf of a class of
similarly situated individuals,

Plaintiff(s),

v.

AT&T Mobility, LLC d/b/a The New
AT&T f/k/a Cingular Wireless, a Delaware
limited liability company, et al.

Defendant(s).

CASE NO. 3-08-CV-00013 SI

**APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE***

Pursuant to Civil L.R. 11-3,   CRAIG M. WHITE  , an active member in good standing of the bar of   the State of Illinois  , hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing   Defendant MBLOX, INC.   in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:
Jeffrey L. Fillerup, Luce, Forward, Hamilton, and Scripps, LLP, 121 Spear Street, Suite 200, San Francisco, CA 94105, (415) 356-4625

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 1/28/08

<div style="margin-left: 2em;">

1

2  UNITED STATES DISTRICT COURT

3  Northern District of California

4

5  Louis Jiran and Delores Gresham,
   individually and on behalf of a class of
6  similarly situated individuals,                    CASE NO. 3-08-CV-00013 SI

7                                                     **(Proposed)**
                       Plaintiff(s),                  **ORDER GRANTING APPLICATION**
8         v.                                          **FOR ADMISSION OF ATTORNEY**
                                                      *PRO HAC VICE*
9  AT&T Mobility, LLC d/b/a The New
   AT&T f/k/a Cingular Wireless, a
10 Delaware limited liability company, et al.

11
                       Defendant(s).
12 _____/

13     CRAIG M. WHITE              ☒ , an active member in good standing of the bar of

14     THE STATE OF ILLINOIS             ☒ whose business address and telephone number

15  (particular court to which applicant is admitted)

16  is

17  Wildman, Harrold, Allen & Dixon, LLP, 225 West Wacker Drive, Chicago, IL 60606-1229,
    (312) 201-2000
18

19  having applied in the above-entitled action for admission to practice in the Northern District of

20  California on a *pro hac vice* basis, representing   DEFENDANT MBLOX, INC.          ☒ .

21       IT IS HEREBY ORDERED THAT  the application is granted, subject to the terms and

22  conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac*

23  *vice*. Service of papers upon and communication with co-counsel designed in the application will

24  constitute notice to the party. All future filings in this action are subject to the requirements

25  contained in General Order No. 45, *Electronic Case Filing*.

26

27  Dated:
                                              _____
28
                                              United States District    Judge

</div>

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**