1    MICHAEL J. STORTZ (State Bar No. 139386)
     Michael.Stortz@dbr.com
2    BETH O. ARNESE (State Bar No. 241186)
     Beth.Arnese@dbr.com
3    DRINKER BIDDLE & REATH LLP
     50 Fremont Street, 20th Floor
4    San Francisco, California 94105-2235
     Telephone: (415) 591-7500
5    Facsimile: (415) 591-7510

6    Attorneys for Defendant
     AT&T Mobility LLC

7

8            UNITED STATES DISTRICT COURT

9         NORTHERN DISTRICT OF CALIFORNIA

10           SAN FRANCISCO DIVISION

11

| | |
|---|---|
| 12   LOUIS JIRAN AND DELORES GRESHAM, individually and on behalf of a | **Case No. CV-08-00013 SI** |
| 13   class of similarly situated individuals, | **STIPULATION FOR EXTENSION OF** |
| 14          Plaintiffs, | **TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFFS'** |
| 15   v. | **MOTIONS TO REMAND AND DECLARATION OF MICHAEL J.** |
| 16   AT&T MOBILITY, LLC d/b/a The New | **STORTZ REGARDING SAME** |
| 17   AT&T f/k/a CINGULAR WIRELESS, a Delaware limited liability company, | **Judge:**     **Honorable Susan Illston** |
| 18   VERISIGN, INC., a Delaware corporation, M-QUBE, INC., a Delaware corporation, | |
| 19   MBLOX, INC., a Delaware corporation, and MOBILE MESSENGER AMERICAS, | |
| 20   INC., a Delaware corporation, | |
| 21          Defendants. | |

22

23

24

25

26

27

28

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

STIPULATION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' MOTION TO REMAND
AND DECLARATION OF MICHAEL J. STORTZ
Case No. CV-08-00013 SI

SF1\394644\1

1    The parties, by and through their respective attorneys of record, hereby stipulate

2    and agree to the following:

3        1.    The parties hereby stipulate that Defendants are permitted an extension of

4    time, up to and including February 15, 2008, to respond to Plaintiff Louis Jiran's Motion

5    to Remand and Plaintiff Delores Gresham's Motion to Remand.

6        2.    The parties further stipulate that Plaintiff Louis Jiran and Plaintiff Delores

7    Gresham will file their replies to Defendants' oppositions no later than February 22,

8    2008.

9        3.    The parties further stipulate that the hearing regarding Plaintiff Louis Jiran

10    and Plaintiff Delores Gresham's Motion to Remand will be held on February 29, 2008.

11

12        IT IS SO STIPULATED.

13

14    Dated: January 29, 2008                    DRINKER BIDDLE & REATH LLP

15

16                                               /s/ Michael J. Stortz
                                                 MICHAEL J. STORTZ

17                                               Attorneys for Defendant
18                                               AT&T Mobility, LLC

19                                               50 Fremont Street, 20th Floor
                                                 San Francisco, CA 94105

20                                               *Of Counsel*
21                                               Seamus C. Duffy
                                                 DRINKER BIDDLE & REATH LLP
22                                               One Logan Square
                                                 18th & Cherry Streets
23                                               Philadelphia, Pennsylvania 19103-6996
                                                 Telephone: (215) 988-2700

24

25    ///

26    ///

27    ///

28

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

STIPULATION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' MOTION TO REMAND
AND DECLARATION OF MICHAEL J. STORTZ
Case No. CV-08-00013 SI

SF1\394644\1

Dated: January 29, 2008

ARNOLD & PORTER LLP

/s/ Ronald L. Johnston
RONALD L. JOHNSTON
ANGEL L. TANG

Attorneys for Defendants
VeriSign, Inc. and m-Qube, Inc.

777 South Figueroa Street, Suite 4400
Los Angeles, California 90017
(213) 243-4000

*Of Counsel*
James Cooper
Arnold & Porter LLP
555 Twelfth Street, NW
Washington, DC 20004-1206
Telephone: (202) 942-5014

Dated: January 29, 2008

LUCE FORWARD HAMILTON & SCRIPPS LLP

/s/ Jeffrey L. Fillerup
JEFFREY L. FILLERUP

Attorneys for Defendant
mBlox, Inc.

Rincon Center II
121 Spear Street, Suite 200
San Francisco, CA 94105-1582
Telephone: (415) 356-4600
Facsimile: (415) 356-4610

*Of Counsel*
Craig M. White
Brent Austin
Chung-Han Lee
WILDMAN HARROLD ALLEN & DIXON LLP
225 West Wacker Drive
28th Floor
Chicago, IL 60606-1229
Telephone: (312) 201-2000

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\394644\1

STIPULATION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' MOTION TO REMAND
AND DECLARATION OF MICHAEL J. STORTZ
Case No. CV-08-00013 SI

Dated: January 29, 2008

SHEPPARD MULLIN RICHTER & HAMPTON LLP


/s/ Philip Atkins-Pattenson

PHILIP ATKINS-PATTENSON

Attorneys for Defendant
Mobile Messenger Americas, Inc.

Four Embarcadero Center
Seventeenth Floor
San Francisco, CA  94111
Telephone: (415) 434-9100
Facsimile: (415) 434-3947


Dated: January 29, 2008

KAMBEREDELSON, LLC


/s/ Myles McGuire

MYLES MCGUIRE

Attorneys for Plaintiff
Louis Jiran and Dolores Gresham

Terry M. Gordon
The Law Offices of Terry M. Gordon
Three Harbor Drive, Suite 215
Sausalito, California  94965

*Of Counsel*
Jay Edelson
Myles McGuire
KamberEdelson, LLC
53 West Jackson Blvd.
Suite 1530
Chicago, IL 60604

///
///
///
///
///
///
///

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA  94105

SF1\394644\1

STIPULATION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' MOTION TO REMAND
AND DECLARATION OF MICHAEL J. STORTZ
Case No.  CV-08-00013 SI

## DECLARATION OF MICHAEL J. STORTZ

I, Michael J. Stortz, declare as follows:

1.      I am a member of the Bar of State of California and admitted to practice before this Court.  I am a partner in the firm of Drinker Biddle & Reath LLP, attorneys of record for AT&T Mobility LLC.  I make this declaration of my own personal knowledge, and if called would testify to the matters set forth therein.

2.      Pursuant to Civil Local Rule 6-2(a) (1), Defendants have requested an extension of time to respond to Plaintiffs' Motions to Remand in order to allow adequate time to brief the issues presented and obtain the necessary factual evidence to support Defendants' Oppositions to Plaintiffs' Motion to Remand.

3.      Pursuant to Civil Local Rule 6-2(a) (2), there have been no previous modifications of time in this case, either by stipulation of the parties or by court order, except to continue the defendants' answer deadline.

4.      Pursuant to Civil Local Rule 6-2(a) (3), the schedule for this case will be modified so that the hearing date, originally scheduled for February 22, 2008, will be moved to February 29, 2008.  Defendants' opposition briefs shall become due on February 15, 2008, and Plaintiffs' reply briefs shall become due on February 22, 2008.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.  Executed on January 29, 2008 in San Francisco, California.

Dated: January 29, 2008

/s/ Michael J. Stortz
MICHAEL J. STORTZ

///

///

///

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SFI\394644\1

STIPULATION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' MOTION TO REMAND
AND DECLARATION OF MICHAEL J. STORTZ
Case No. CV-08-00013 SI

## CERTIFICATE OF SERVICE

I, CAMELIA SANCHEZ, declare that:

I am at least 18 years of age, and not a party to the above-entitled action. My business address is 50 Fremont Street, 20th Floor, San Francisco, California 94105, Telephone: (415) 591-7500. On January 29, 2008, I caused to be served the following document(s):

**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFFS' MOTIONS TO REMAND AND DECLARATION OF MICHAEL J. STORTZ REGARDING SAME**

**[PROPOSED] ORDER EXTENDING TIME TO RESPOND TO PLAINTIFFS' MOTION TO REMAND**

by enclosing a true copy of (each of) said document(s) in (an) envelope(s), addressed as follows:

☑ BY MAIL: I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service. I know that the correspondence is deposited with the United States Postal Service on the same day this declaration was executed in the ordinary course of business. I know that the envelope was sealed, and with postage thereon fully prepaid, placed for collection and mailing on this date, following ordinary business practices, in the United States mail at San Francisco, California.

☐ BY PERSONAL SERVICE: I caused such envelopes to be delivered by a messenger service by hand to the address(es) listed below:

☐ BY OVERNIGHT DELIVERY: I enclosed a true copy of said document(s) in a Federal Express envelope, addressed as follows:

☐ BY FACSIMILE: I caused such documents to be transmitted by facsimile transmission and mail as indicated above.

Jay Edelson, Esq.
Myles McGuire, Esq.
KAMBER & EDELSON, LLC
53 West Jackson Blvd., Suite 1642
Chicago, Il 60604
**Telephone: (312) 913-9400**
**Facsimile: (312) 913-9401**
*Attorneys for Plaintiff*

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on January 29, 2008 at San Francisco, California.

CAMELIA SANCHEZ

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\394788\1

1  MICHAEL J. STORTZ (State Bar No. 139386)
   Michael.Stortz@dbr.com
2  BETH O. ARNESE (State Bar No. 241186)
   Beth.Arnese@dbr.com
3  DRINKER BIDDLE & REATH LLP
   50 Fremont Street, 20th Floor
4  San Francisco, California 94105-2235
   Telephone: (415) 591-7500
5  Facsimile: (415) 591-7510

6  Attorneys for Defendant
   AT&T Mobility LLC
7

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10              SAN FRANCISCO DIVISION

11

12  LOUIS JIRAN AND DELORES            Case No.  CV-08-00013 SI
    GRESHAM, individually and on behalf of a
13  class of similarly situated individuals,   **[PROPOSED] ORDER EXTENDING
                                               TIME TO RESPOND TO PLAINTIFFS'**
14                  Plaintiffs,               **MOTION TO REMAND**

15  v.
                                               **Judge:  Honorable Susan Illston**
16  AT&T MOBILITY, LLC d/b/a The New
    AT&T f/k/a CINGULAR WIRELESS, a
17  Delaware limited liability company,
    VERISIGN, INC., a Delaware corporation,
18  M-QUBE, INC., a Delaware corporation,
    MBLOX, INC., a Delaware corporation,
19  and MOBILE MESSENGER AMERICAS,
    INC., a Delaware corporation,
20
                    Defendants.
21

22

23

24

25

26

27

28

1     Based upon the Stipulation of the parties and for good cause shown, it is ordered

2    as follows:

3        1.     Defendants are permitted an extension of time, up to and including

4    February 15, 2008, to respond to Plaintiff Louis Jiran's Motion to Remand and Plaintiff

5    Delores Gresham's Motion to Remand.

6        2.     Plaintiff Louis Jiran and Plaintiff Delores Gresham will file their replies to

7    Defendants' oppositions no later than February 22, 2008.

8        3.     The hearing regarding Plaintiff Louis Jiran and Plaintiff Delores Gresham's

9    Motion to Remand will be held on February 29, 2008.

10

11   **PURSUANT TO STIPULATION AND FOR GOOD CAUSE SHOWN, IT IS**

12   **SO ORDERED.**

13

14

15

16   Dated: _____

17                      THE HONORABLE SUSAN ILLSTON

18

19

20

21

22

23

24

25

26

27

28

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\394651\1

2

[PROPOSED] ORDER EXTENDING TIME TO RESPOND TO PLAINTIFFS' MOTION TO REMAND
Case No. CV-08-00013 SI

## CERTIFICATE OF SERVICE

I, CAMELIA SANCHEZ, declare that:

I am at least 18 years of age, and not a party to the above-entitled action. My business address is 50 Fremont Street, 20th Floor, San Francisco, California 94105, Telephone: (415) 591-7500. On  January 29, 2008, I caused to be served the following document(s):

**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFFS' MOTIONS TO REMAND AND DECLARATION OF MICHAEL J. STORTZ REGARDING SAME**

**[PROPOSED] ORDER EXTENDING TIME TO RESPOND TO PLAINTIFFS' MOTION TO REMAND**

by enclosing a true copy of (each of) said document(s) in (an) envelope(s), addressed as follows:

☑ BY MAIL:  I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service.  I know that the correspondence is deposited with the United States Postal Service on the same day this declaration was executed in the ordinary course of business.  I know that the envelope was sealed, and with postage thereon fully prepaid, placed for collection and mailing on this date, following ordinary business practices, in the United States mail at San Francisco, California.

☐ BY PERSONAL SERVICE:  I caused such envelopes to be delivered by a messenger service by hand to the address(es) listed below:

☐ BY OVERNIGHT DELIVERY:  I enclosed a true copy of said document(s) in a Federal Express envelope, addressed as follows:

☐ BY FACSIMILE:  I caused such documents to be transmitted by facsimile transmission and mail as indicated above.

Jay Edelson, Esq.
Myles McGuire, Esq.
KAMBER & EDELSON, LLC
53 West Jackson Blvd., Suite 1642
Chicago, Il  60604
**Telephone: (312) 913-9400**
**Facsimile: (312) 913-9401**
*Attorneys for Plaintiff*

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on January 29, 2008 at San Francisco, California.

CAMELIA SANCHEZ

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA  94105

SF1\394/86\1