| Clerk's Use Only |
|---|
| Initial for fee pd.: |

Craig M. White
Wildman, Harrold, Allen & Dixon LLP
225 West Wacker Drive
Chicago, IL 60606-1229
(312) 201-2000

FILED
08 JAN 29 PM 3:56
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Louis Jiran and Delores Gresham,
individually and on behalf of a class of
similarly situated individuals,

        Plaintiff(s),

v.

AT&T Mobility, LLC d/b/a The New
AT&T f/k/a Cingular Wireless, a Delaware
limited liability company, et al.

        Defendant(s).

CASE NO. 3-08-CV-00013 SI

**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

Pursuant to Civil L.R. 11-3, **CRAIG M. WHITE**, an active member in good standing of the bar of **the State of Illinois**, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing **Defendant MBLOX, INC.** in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

    Jeffrey L. Fillerup, Luce, Forward, Hamilton, and Scripps, LLP, 121 Spear Street, Suite 200, San Francisco, CA 94105, (415) 356-4625

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 1/28/08

UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| Louis Jiran and Delores Gresham, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiff(s),<br>v.<br>AT&T Mobility, LLC d/b/a The New AT&T f/k/a Cingular Wireless, a Delaware limited liability company, et al.<br><br>Defendant(s). | CASE NO. 3-08-CV-00013 SI<br><br>(Proposed)<br>ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

CRAIG M. WHITE , an active member in good standing of the bar of

THE STATE OF ILLINOIS whose business address and telephone number

(particular court to which applicant is admitted)

is

Wildman, Harrold, Allen & Dixon, LLP, 225 West Wacker Drive, Chicago, IL 60606-1229, (312) 201-2000

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing DEFENDANT MBLOX, INC. .

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:

_____
United States District Judge