MICHAEL J. STORTZ (State Bar No. 139386)
Michael.Stortz@dbr.com
BETH O. ARNESE (State Bar No. 241186)
Beth.Arnese@dbr.com
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, California 94105-2235
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

Attorneys for Defendant
AT&T MOBILITY LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PISHVAEE,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>VERISIGN, INC. et al.<br><br>　　　　　　Defendants. | Case No. C 07-03407 CW<br><br>**STIPULATION REGARDING BRIEFING DEADLINES AND CONTINUING CASE MANAGEMENT CONFERENCE DATE** |
| *Valdez v. M-Qube, Inc., et al.* | Case No. C 07-06496 CW |
| *Jiran v. AT&T Mobility, LLC, et al.* | Case No. C 08-00013 CW |

*Related to:*

| | |
|---|---|
| *Bradberry v. T-Mobile USA, Inc.* | Case No. C 06-06567 CW |
| *Bradberry v. mBlox, Inc.* | Case No. C 07-05298 CW |

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\395423\1

STIPULATION REGARDING BRIEFING DEADLINES AND CMC    CASE NOS. C 06-06567 CW, C 07-05298 CW, C 07-03407 CW, C 07-06496 CW, C 08-00013 CW

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned:

1. To permit adequate time to explore settlement, the Parties agree to suspend: (a) all dates set forth in the Court's February 15, 2008 Amended Case Management Scheduling Order for Reassigned Cases; and (b) responsive pleading deadlines.

2. The Parties further agree that the Case Management Conference shall be continued to April 17 at 2:00 p.m. At that time, the Parties anticipate that if needed, they will be able to propose new dates for a Case Management Scheduling Order. The Parties will also address a proposed schedule for responsive pleading deadlines at that time.

IT IS SO STIPULATED.

Dated: February __, 2008                    DRINKER BIDDLE & REATH LLP

                                             /s/ Michael J. Stortz
                                            MICHAEL J. STORTZ

                                            Attorneys for Defendant
                                            AT&T Mobility, LLC

                                            50 Fremont Street, 20th Floor
                                            San Francisco, CA 94105

                                            *Of Counsel*
                                            Seamus C. Duffy
                                            DRINKER BIDDLE & REATH LLP
                                            One Logan Square
                                            18th & Cherry Streets
                                            Philadelphia, Pennsylvania 19103-6996
                                            Telephone: (215) 988-2700

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\395423\1

2

STIPULATION REGARDING BRIEFING DEADLINES AND CMC       CASE NOS. C 06-06567 CW, C 07-05298 CW,
                                                       C 07-03407 CW, C 07-06496 CW, C 08-00013 CW

1  Dated: February __, 2008           ARNOLD & PORTER LLP

                                     /s/ Angel L. Tang
                                     RONALD L. JOHNSTON
                                     ANGEL L. TANG

                                     Attorneys for Defendants
                                     VeriSign, Inc. and m-Qube, Inc.

                                     777 South Figueroa Street, Suite 4400
                                     Los Angeles, California  90017
                                     (213) 243-4000

                                     *Of Counsel*
                                     James Cooper
                                     Arnold & Porter LLP
                                     555 Twelfth Street, NW
                                     Washington, DC  20004-1206
                                     Telephone:  (202) 942-5014

Dated: February __, 2008             LUCE FORWARD HAMILTON & SCRIPPS LLP

                                     /s/ Jeffrey L. Fillerup
                                     JEFFREY L. FILLERUP

                                     Attorneys for Defendant
                                     mBlox, Inc.

                                     Rincon Center II
                                     121 Spear Street, Suite 200
                                     San Francisco, CA  94105-1582
                                     Telephone: (415) 356-4600
                                     Facsimile: (415) 356-4610

                                     *Of Counsel*
                                     Craig M. White
                                     Brent Austin
                                     Chung-Han Leewil
                                     WILDMAN HARROLD ALLEN & DIXON LLP
                                     225 West Wacker Drive
                                     28th Floor
                                     Chicago, IL 60606-1229
                                     Telephone:  (312) 201-2000

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA  94105

SF1\395423\1

3

STIPULATION REGARDING BRIEFING DEADLINES AND CMC          CASE NOS. C 06-06567 CW, C 07-05298 CW,
                                                          C 07-03407 CW, C 07-06496 CW, C 08-00013 CW

1  Dated: February __, 2008                SHEPPARD MULLIN RICHTER & HAMPTON LLP

2

3                                          /s/ Philip Atkins-Pattenson
                                           PHILIP ATKINS-PATTENSON

4                                          Attorneys for Defendant
                                           Mobile Messenger Americas, Inc.
5

6                                          Four Embarcadero Center
                                           Seventeenth Floor
                                           San Francisco, CA  94111
7                                          Telephone: (415) 434-9100
                                           Facsimile: (415) 434-3947
8

9

10 Dated: February __, 2008                KAMBEREDELSON, LLC

11                                         /s/ Myles McGuire
                                           MYLES MCGUIRE
12

13                                         Attorneys for Plaintiffs
                                           Louis Jiran, Dolores Gresham and Aliza Valdez

14                                         Terry M. Gordon
15                                         The Law Offices of Terry M. Gordon
                                           Three Harbor Drive, Suite 215
16                                         Sausalito, California  94965
                                           Telephone: (415) 331-3601
17                                         Facsimile: (415) 331-1225

18
                                           *Of Counsel*
19                                         Jay Edelson
                                           Myles McGuire
20                                         KamberEdelson, LLC
                                           53 West Jackson Blvd.
21                                         Suite 1530
                                           Chicago, IL 60604
22

23                                         John G. Jacobs
                                           Bryan G. Kolton
24                                         The Jacobs Law Firm, CHTD.
                                           122 South Michigan Ave
25                                         Suite 1850
                                           Chicago, IL 60603
26

27

28

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA  94105

SF1\395423\1

4

STIPULATION REGARDING BRIEFING DEADLINES AND CMC        CASE NOS. C 06-06567 CW, C 07-05298 CW,
                                                       C 07-03407 CW, C 07-06496 CW, C 08-00013 CW

| | | |
|---|---|---|
| 1 | Dated: February __, 2008 | AUDET & PARTNERS LLP |
| 2 | | /s/ William M. Audet |
| 3 | | WILLIAM M. AUDET |
| 4 | | Attorney for Plaintiff Babak Pishvaee |
| 5 | | William M. Audet |
| 6 | | AUDET & PARTNERS LLP<br>221 Main Street, Suite 1460 |
| 7 | | San Francisco, California 94105<br>Telephone: (415) 568-2555 |
| 8 | | |
| 9 | Dated: February __, 2008 | BROAD & CASSEL |
| 10 | | /s/ Jeffrey R. Geldens |
| 11 | | JEFFREY R. GELDENS |
| 12 | | Attorneys for Defendant<br>Buongiorno USA, Inc. |
| 13 | | Jeffrey R. Geldens |
| 14 | | BROAD AND CASSEL<br>One Biscayne Tower |
| 15 | | 2 South Biscayne Boulevard, 21st Floor<br>Miami, FL  33131 |
| 16 | | Telephone: (305) 373-9400 |
| 17 | Dated: February __, 2008 | GORDON & REES, LLP |
| 18 | | /s/ Aristotle E. Evia |
| 19 | | ARISTOTLE E. EVIA |
| 20 | | Attorneys for Defendant<br>Buongiorno USA, Inc. |
| 21 | | |
| 22 | | Aristotle Eder Evia<br>GORDON & REES, LLP |
| 23 | | 275 Battery Street, 20th Floor<br>San Francisco, CA  94111 |
| | | Telephone: (415) 986-5900 |

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA  94105

SF1\395423\1

5

STIPULATION REGARDING BRIEFING DEADLINES AND CMC           CASE NOS. C 06-06567 CW, C 07-05298 CW,
                                                            C 07-03407 CW, C 07-06496 CW, C 08-00013 CW

MICHAEL J. STORTZ (State Bar No. 139386)
Michael.Stortz@dbr.com
BETH O. ARNESE (State Bar No. 241186)
Beth.Arnese@dbr.com
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, California 94105-2235
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

Attorneys for Defendant
AT&T MOBILITY LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PISHVAEE, | Case No. C 07-03407 CW |
| Plaintiff, | **[PROPOSED] ORDER** |
| v. | |
| VERISIGN, INC. et al. | |
| Defendants. | |
| *Valdez v. M-Qube, Inc., et al.* | Case No. C 07-06496 CW |
| *Jiran v. AT&T Mobility, LLC, et al.* | Case No. C 08-00013 CW |

*Related to:*

| | |
|---|---|
| *Bradberry v. T-Mobile USA, Inc.* | Case No. C 06-06567 CW |
| *Bradberry v. mBlox, Inc.* | Case No. C 07-05298 CW |

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\395424\1

[PROPOSED] ORDER                     CASE NOS. C 06-06567 CW, C 07-05298 CW,
                                     C 07-03407 CW, C 07-06496 CW, C 08-00013 CW

Based on the stipulation of the parties and for good cause shown, IT IS HEREBY ORDERED.

1. The Court suspends: (a) all dates set forth in its February 15, 2008 Amended Case Management Scheduling Order for Reassigned Cases; and (b) responsive pleading deadlines.

2. The Case Management Conference shall be continued to April 17 at 2:00 p.m. At that time, if needed, the Parties shall propose new dates for a Case Management Scheduling Order. The Parties will also address a proposed schedule for responsive pleading deadlines at that time.

Pursuant to stipulation and for good cause shown, IT IS SO ORDERED.

Dated: February __, 2008

_____
The Honorable Claudia Wilken
United States District Court,
Northern District of California

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\395424\1

2

[PROPOSED] ORDER            CASE NOS. C 06-06567 CW, C 07-05298 CW
                            C 07-03407 CW, C 07-06496 CW, C 08-00013 CW