1  MICHAEL J. STORTZ (State Bar No. 139386)
   Michael.Stortz@dbr.com
2  BETH O. ARNESE (State Bar No. 241186)
   Beth.Arnese@dbr.com
3  DRINKER BIDDLE & REATH LLP
   50 Fremont Street, 20th Floor
4  San Francisco, California 94105-2235
   Telephone: (415) 591-7500
5  Facsimile: (415) 591-7510

6  Attorneys for Defendant
   AT&T MOBILITY LLC
7

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10

11  BRADBERRY,                                Case No. C 06-06567 CW

12              Plaintiff,                    **STIPULATION REGARDING BRIEFING DEADLINES AND CONTINUING CASE MANAGEMENT CONFERENCE DATE**

13       v.

14  T-MOBILE, USC, INC. et al.

15              Defendants.

16  | *Bradberry v. mBlox, Inc* | Case No. C 07-05298 CW |
    | *Pishvaee v. Verisign, Inc.* | Case No. C 07-03407 CW |
17  | *Jiran v. AT&T Mobility, LLC, et al.* | Case No. C 08-00013 CW |
    | *Valdez v. M-Qube, Inc., et al.* | Case No. C 07-06496 CW |
18

19       IT IS HEREBY STIPULATED AND AGREED, by and between the Parties:

20       1.   To permit adequate time to explore settlement in certain of these actions,

21  the Parties in the above-captioned matters agree to suspend the following dates: (a) all

22  dates set forth in the Court's February 15, 2008 Amended Case Management Scheduling

23  Order for Reassigned Cases; and (b) all responsive pleading deadlines.

24       2.   The Parties further agree that the Case Management Conference in these

25  actions shall be continued to April 17 at 2:00 p.m. At that time, the Parties anticipate that

26  if needed, they will be able to propose new dates for a Case Management Scheduling

27  Order. The Parties will also address a proposed schedule for responsive pleading

28

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\395423\2

STIPULATION REGARDING BRIEFING DEADLINES AND CMC       CASE NOS. C 06-06567 CW,
                                                       C 07-05298 CW  C 07-03407 CW,
                                                       C 08-00013 CW, CW, C 07-06496 CW,

1  deadlines at that time.

2      IT IS SO STIPULATED.

3

4  Dated: February 26, 2008            DRINKER BIDDLE & REATH LLP

5                                        /s/ Michael J. Stortz

6                                        MICHAEL J. STORTZ

7                                        Attorneys for Defendant
                                      AT&T Mobility, LLC

8                                        50 Fremont Street, 20th Floor
9                                        San Francisco, CA 94105

10                                       *Of Counsel*
                                      Seamus C. Duffy
11                                       DRINKER BIDDLE & REATH LLP
                                      One Logan Square
12                                       18th & Cherry Streets
                                      Philadelphia, Pennsylvania 19103-6996
13                                       Telephone: (215) 988-2700

14

15 Dated: February 26, 2008           ARNOLD & PORTER LLP

16                                       /s/ Angel L. Tang
17                                       RONALD L. JOHNSTON
                                      ANGEL L. TANG

18                                       Attorneys for Defendants
19                                       VeriSign, Inc. and m-Qube, Inc.

20                                       777 South Figueroa Street, Suite 4400
                                      Los Angeles, California 90017
21                                       (213) 243-4000

22                                       *Of Counsel*
                                      James Cooper
23                                       Arnold & Porter LLP
                                      555 Twelfth Street, NW
24                                       Washington, DC 20004-1206
                                      Telephone: (202) 942-5014

25

26

27

28
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\395423\2

2

STIPULATION REGARDING BRIEFING DEADLINES AND CMC     CASE NOS. C 06-06567 CW,
C 07-05298 CW  C 07-03407 CW,
C 08-00013 CW, CW, C 07-06496 CW

| | | |
|---|---|---|
| 1 | Dated: February 26, 2008 | LUCE FORWARD HAMILTON & SCRIPPS LLP |
| 2 | | |
| 3 | | /s/ Jeffrey L. Fillerup<br>JEFFREY L. FILLERUP |
| 4 | | Attorneys for Defendant<br>mBlox, Inc. |
| 5 | | |
| 6 | | Rincon Center II<br>121 Spear Street, Suite 200<br>San Francisco, CA 94105-1582 |
| 7 | | Telephone: (415) 356-4600<br>Facsimile: (415) 356-4610 |
| 8 | | |
| 9 | | *Of Counsel*<br>Craig M. White |
| 10 | | Brent Austin<br>Chung-Han Lee |
| 11 | | WILDMAN HARROLD ALLEN & DIXON LLP |
| 12 | | 225 West Wacker Drive<br>28th Floor |
| 13 | | Chicago, IL 60606-1229<br>Telephone: (312) 201-2000 |
| 14 | | |
| 15 | Dated: February 26, 2008 | SHEPPARD MULLIN RICHTER & HAMPTON LLP |
| 16 | | |
| 17 | | /s/ Philip Atkins-Pattenson<br>PHILIP ATKINS-PATTENSON |
| 18 | | Attorneys for Defendant |
| 19 | | Mobile Messenger Americas, Inc. |
| 20 | | Four Embarcadero Center<br>Seventeenth Floor |
| 21 | | San Francisco, CA 94111<br>Telephone: (415) 434-9100 |
| 22 | | Facsimile: (415) 434-3947 |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\395423\2

3
STIPULATION REGARDING BRIEFING DEADLINES AND CMC     CASE NOS. C 06-06567 CW,
C 07-05298 CW  C 07-03407 CW,
C 08-00013 CW, CW, C 07-06496 CW

| | | |
|---|---|---|
| 1 | Dated: February 26, 2008 | KAMBEREDELSON, LLC |
| 2 | | |
| 3 | | /s/ Myles McGuire<br>MYLES MCGUIRE |
| 4 | | Attorneys for Plaintiffs |
| 5 | | Louis Jiran, Dolores Gresham and Aliza Valdez |
| 6 | | Terry M. Gordon<br>The Law Offices of Terry M. Gordon |
| 7 | | Three Harbor Drive, Suite 215<br>Sausalito, California 94965 |
| 8 | | Telephone: (415) 331-3601<br>Facsimile: (415) 331-1225 |
| 9 | | |
| 10 | | *Of Counsel*<br>Jay Edelson |
| 11 | | Myles McGuire<br>KamberEdelson, LLC |
| 12 | | 53 West Jackson Blvd.<br>Suite 1530 |
| 13 | | Chicago, IL 60604 |
| 14 | | John G. Jacobs |
| 15 | | Bryan G. Kolton<br>The Jacobs Law Firm, CHTD. |
| 16 | | 122 South Michigan Ave<br>Suite 1850 |
| 17 | | Chicago, IL 60603 |
| 18 | Dated: February 26, 2008 | AUDET & PARTNERS, LLP |
| 19 | | |
| 20 | | /s/ William M. Audet<br>WILLIAM M. AUDET |
| 21 | | Attorney for Plaintiff Babak Pishvaee |
| 22 | | |
| 23 | | William M. Audet<br>AUDET & PARTNERS LLP |
| 24 | | 221 Main Street, Suite 1460<br>San Francisco, California 94105 |
| 25 | | Telephone: (415) 568-2555 |

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\395423\2

4

STIPULATION REGARDING BRIEFING DEADLINES AND CMC        CASE NOS. C 06-06567 CW,
C 07-05298 CW  C 07-03407 CW,
C 08-00013 CW, CW, C 07-06496 CW

| | | |
|---|---|---|
| 1 | Dated: February 26, 2008 | BROAD & CASSEL |
| 2 | | |
| 3 | | /s/ Jeffrey R. Geldens<br>JEFFREY R. GELDENS |
| 4 | | Attorneys for Defendant<br>Buongiorno USA, Inc. |
| 5 | | |
| 6 | | Jeffrey R. Geldens<br>BROAD AND CASSEL |
| 7 | | One Biscayne Tower<br>2 South Biscayne Boulevard, 21st Floor |
| 8 | | Miami, FL  33131<br>Telephone: (305) 373-9400 |
| 9 | | |
| 10 | Dated: February 26, 2008 | GORDON & REES, LLP |
| 11 | | |
| 12 | | /s/ Aristotle E. Evia<br>ARISTOTLE E. EVIA |
| 13 | | Attorneys for Defendant<br>Buongiorno USA, Inc. |
| 14 | | |
| 15 | | Aristotle Eder Evia<br>GORDON & REES, LLP |
| 16 | | 275 Battery Street, 20th Floor<br>San Francisco, CA  94111 |
| 17 | | Telephone: (415) 986-5900 |
| 18 | Dated: February 26, 2008 | WINSTON & STRAWN, LLP |
| 19 | | |
| 20 | | /s/ Debra J. Albin-Riley<br>DEBRA J. ALBIN-RILEY |
| 21 | | Attorney for Defendant T-Mobile USA, Inc. |
| 22 | | |
| 23 | | Debra J. Albin- Riley<br>WINSTON & STRAWN LLP |
| 24 | | 333 South Grand Avenue, 38th Floor<br>Los Angeles, California 90017-1543 |
| 25 | | Telephone:  (213) 615-1700<br>Facsimile:   (213) 615-1750 |
| 26 | | |
| 27 | | |
| 28 | | |

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA  94105

SF1\395423\2

5

STIPULATION REGARDING BRIEFING DEADLINES AND CMC        CASE NOS. C 06-06567 CW,
C 07-05298 CW  C 07-03407 CW,
C 08-00013 CW, CW, C 07-06496 CW

| | |
|---|---|
| 1  Dated: February 26, 2008 | THE JACOBS LAW FIRM, CHTD |
| 2 | |
| 3 | /s/ John G. Jacobs |
|   | JOHN G. JACOBS |
| 4 | Attorneys for Plaintiff |
| 5 | Russell Bradberry |
| 6 | John G. Jacobs |
|   | Bryan G. Kolton |
| 7 | THE JACOBS LAW FIRM, CHTD |
|   | 122 South Michigan Ave., Ste. 1850 |
| 8 | Chicago, Ill 60603 |
|   | Telephone: (312) 427-4000 |
|   | Facsimile:  (312) 427-1850 |

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\395423\2

6

STIPULATION REGARDING BRIEFING DEADLINES AND CMC     CASE NOS. C 06-06567 CW,
C 07-05298 CW  C 07-03407 CW,
C 08-00013 CW, CW, C 07-06496 CW

1

2  MICHAEL J. STORTZ (State Bar No. 139386)
   Michael.Stortz@dbr.com
3  BETH O. ARNESE (State Bar No. 241186)
   Beth.Arnese@dbr.com
4  DRINKER BIDDLE & REATH LLP
   50 Fremont Street, 20th Floor
5  San Francisco, California 94105-2235
   Telephone: (415) 591-7500
6  Facsimile: (415) 591-7510

7  Attorneys for Defendant
   AT&T MOBILITY LLC
8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11

| 12 | BRADBERRY, | Case No. C 06-06567 CW |
|---|---|---|
| 13 | Plaintiff, | **[PROPOSED] ORDER** |
| 14 | v. | |
| 15 | T-MOBILE, USC, INC. et al. | |
| 16 | Defendants. | |
| 17 | *Bradberry v. mBlox, Inc* | Case No. C 07-05298 CW |
| 18 | *Pishvaee v. Verisign, Inc.* | Case No. C 07-03407 CW |
|    | *Jiran v. AT&T Mobility, LLC, et al.* | Case No. C 08-00013 CW |
| 19 | *Valdez v. M-Qube, Inc., et al.* | Case No. C 07-06496 CW |

20

21

22

23

24

25

26

27

28

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\395424\1

[PROPOSED] ORDER    CASE NOS. C 06-06567 CW,
C 07-05298 CW  C 07-03407 CW,
C 08-00013 CW, CW, C 07-06496 CW

1

2   Based on the stipulation of the Parties and for good cause shown, IT IS HEREBY

3   ORDERED.

4   1.   The Court suspends the following dates in the above-captioned matters: (a)

5   all dates set forth in the Court's February 15, 2008 Amended Case Management

6   Scheduling Order for Reassigned Cases; and (b) all responsive pleading deadlines.

7   2.   The Case Management Conference shall be continued to April 17 at 2:00

8   p.m. At that time, if needed, the Parties shall propose new dates for a Case Management

9   Scheduling Order. The Parties will also address a proposed schedule for responsive

10  pleading deadlines at that time.

11  Pursuant to stipulation and for good cause shown, IT IS SO ORDERED.

12

13  Dated: February __, 2008

14

15  _____
    The Honorable Claudia Wilken
16  United States District Court,
    Northern District of California

17

18

19

20

21

22

23

24

25

26

27

28

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\395424\1

2

[PROPOSED] ORDER                                            CASE NOS. C 06-06567 CW,
                                                            C 07-05298 CW  C 07-03407 CW,
                                                            C 08-00013 CW, CW, C 07-06496 CW