1  MICHAEL J. STORTZ (State Bar No. 139386)
   Michael.Stortz@dbr.com
2  BETH O. ARNESE (State Bar No. 241186)
   Beth.Arnese@dbr.com
3  DRINKER BIDDLE & REATH LLP
   50 Fremont Street, 20th Floor
4  San Francisco, California  94105-2235
   Telephone: (415) 591-7500
5  Facsimile: (415) 591-7510

6  Attorneys for Defendant
   AT&T MOBILITY LLC
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

| 11 | BRADBERRY, | Case No. C 06-06567 CW |
|---|---|---|
| 12 | Plaintiff, | **STIPULATION REGARDING BRIEFING DEADLINES AND CONTINUING CASE MANAGEMENT CONFERENCE DATE** |
| 13 | v. | |
| 14 | T-MOBILE, USC, INC. et al. | |
| 15 | Defendants. | |
| 16 | *Bradberry v. mBlox, Inc* | Case No. C 07-05298 CW |
| 17 | *Pishvaee v. Verisign, Inc.* | Case No. C 07-03407 CW |
|    | *Jiran v. AT&T Mobility, LLC, et al.* | Case No. C 08-00013 CW |
| 18 | *Valdez v. M-Qube, Inc., et al.* | Case No. C 07-06496 CW |

19     IT IS HEREBY STIPULATED AND AGREED, by and between the Parties:

20     1.     To permit adequate time to explore settlement in certain of these actions,

21  the Parties in the above-captioned matters agree to suspend the following dates: (a) all

22  dates set forth in the Court's February 15, 2008 Amended Case Management Scheduling

23  Order for Reassigned Cases; and (b) all responsive pleading deadlines.

24     2.     The Parties further agree that the Case Management Conference in these

25  actions shall be continued to April 17 at 2:00 p.m.  At that time, the Parties anticipate that

26  if needed, they will be able to propose new dates for a Case Management Scheduling

27  Order.  The Parties will also address a proposed schedule for responsive pleading

28

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA  94105

STIPULATION REGARDING BRIEFING DEADLINES AND CMC           CASE NOS. C 06-06567 CW,
                                                           C 07-05298 CW  C 07-03407 CW,
SF1\395423\2                                               C 08-00013 CW, C 07-06496 CW,

deadlines at that time.

IT IS SO STIPULATED.

Dated: February 26, 2008                    DRINKER BIDDLE & REATH LLP

                                                    /s/ Michael J. Stortz
                                                MICHAEL J. STORTZ

Attorneys for Defendant
AT&T Mobility, LLC

50 Fremont Street, 20th Floor
San Francisco, CA 94105

*Of Counsel*
Seamus C. Duffy
DRINKER BIDDLE & REATH LLP
One Logan Square
18th & Cherry Streets
Philadelphia, Pennsylvania 19103-6996
Telephone: (215) 988-2700

Dated: February 26, 2008                    ARNOLD & PORTER LLP

/s/ Angel L. Tang
RONALD L. JOHNSTON
ANGEL L. TANG

Attorneys for Defendants
VeriSign, Inc. and m-Qube, Inc.

777 South Figueroa Street, Suite 4400
Los Angeles, California 90017
(213) 243-4000

*Of Counsel*
James Cooper
Arnold & Porter LLP
555 Twelfth Street, NW
Washington, DC 20004-1206
Telephone: (202) 942-5014

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\395423\2

2
STIPULATION REGARDING BRIEFING DEADLINES AND CMC         CASE NOS. C 06-06567 CW,
                                                          C 07-05298 CW  C 07-03407 CW,
                                                          C 08-00013 CW,  C 07-06496 CW

| | | |
|---|---|---|
| 1 | Dated: February 26, 2008 | LUCE FORWARD HAMILTON & SCRIPPS LLP |
| 2 | | |
| 3 | | /s/ Jeffrey L. Fillerup |
| | | JEFFREY L. FILLERUP |
| 4 | | Attorneys for Defendant |
| 5 | | mBlox, Inc. |
| 6 | | Rincon Center II |
| | | 121 Spear Street, Suite 200 |
| 7 | | San Francisco, CA 94105-1582 |
| | | Telephone: (415) 356-4600 |
| 8 | | Facsimile: (415) 356-4610 |
| 9 | | *Of Counsel* |
| | | Craig M. White |
| 10 | | Brent Austin |
| 11 | | Chung-Han Lee |
| | | WILDMAN HARROLD ALLEN & DIXON LLP |
| 12 | | 225 West Wacker Drive |
| 13 | | 28th Floor |
| | | Chicago, IL 60606-1229 |
| 14 | | Telephone: (312) 201-2000 |
| 15 | Dated: February 26, 2008 | SHEPPARD MULLIN RICHTER & HAMPTON LLP |
| 16 | | |
| 17 | | /s/ Philip Atkins-Pattenson |
| | | PHILIP ATKINS-PATTENSON |
| 18 | | Attorneys for Defendant |
| 19 | | Mobile Messenger Americas, Inc. |
| 20 | | Four Embarcadero Center |
| | | Seventeenth Floor |
| 21 | | San Francisco, CA 94111 |
| | | Telephone: (415) 434-9100 |
| 22 | | Facsimile: (415) 434-3947 |

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\395423\2

3

STIPULATION REGARDING BRIEFING DEADLINES AND CMC     CASE NOS. C 06-06567 CW,
C 07-05298 CW  C 07-03407 CW,
C 08-00013 CW,  C 07-06496 CW

| | | |
|---|---|---|
| 1 | Dated: February 26, 2008 | KAMBEREDELSON, LLC |
| 2 | | |
| 3 | | /s/ Myles McGuire<br>MYLES MCGUIRE |
| 4 | | Attorneys for Plaintiffs |
| 5 | | Louis Jiran, Dolores Gresham and Aliza Valdez |
| 6 | | Terry M. Gordon<br>The Law Offices of Terry M. Gordon |
| 7 | | Three Harbor Drive, Suite 215<br>Sausalito, California  94965 |
| 8 | | Telephone: (415) 331-3601<br>Facsimile: (415) 331-1225 |
| 9 | | |
| 10 | | *Of Counsel*<br>Jay Edelson |
| 11 | | Myles McGuire<br>KamberEdelson, LLC |
| 12 | | 53 West Jackson Blvd.<br>Suite 1530 |
| 13 | | Chicago, IL 60604 |
| 14 | | John G. Jacobs |
| 15 | | Bryan G. Kolton<br>The Jacobs Law Firm, CHTD. |
| 16 | | 122 South Michigan Ave<br>Suite 1850 |
| 17 | | Chicago, IL 60603 |
| 18 | Dated: February 26, 2008 | AUDET & PARTNERS, LLP |
| 19 | | |
| 20 | | /s/ William M. Audet<br>WILLIAM M. AUDET |
| 21 | | Attorney for Plaintiff Babak Pishvaee |
| 22 | | |
| 23 | | William M. Audet<br>AUDET & PARTNERS LLP |
| 24 | | 221 Main Street, Suite 1460<br>San Francisco, California 94105 |
| 25 | | Telephone:  (415) 568-2555 |
| 26 | | |
| 27 | | |
| 28 | | |

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA  94105

SF1\395423\2

4

STIPULATION REGARDING BRIEFING DEADLINES AND CMC         CASE NOS. C 06-06567 CW,
C 07-05298 CW  C 07-03407 CW,
C 08-00013 CW,  C 07-06496 CW

| | | |
|---|---|---|
| 1 | Dated: February 26, 2008 | BROAD & CASSEL |
| 2 | | |
| 3 | | /s/ Jeffrey R. Geldens<br>JEFFREY R. GELDENS |
| 4 | | Attorneys for Defendant<br>Buongiorno USA, Inc. |
| 5 | | |
| 6 | | Jeffrey R. Geldens<br>BROAD AND CASSEL |
| 7 | | One Biscayne Tower<br>2 South Biscayne Boulevard, 21st Floor |
| 8 | | Miami, FL  33131<br>Telephone: (305) 373-9400 |
| 9 | | |
| 10 | Dated: February 26, 2008 | GORDON & REES, LLP |
| 11 | | |
| 12 | | /s/ Aristotle E. Evia<br>ARISTOTLE E. EVIA |
| 13 | | Attorneys for Defendant<br>Buongiorno USA, Inc. |
| 14 | | |
| 15 | | Aristotle Eder Evia<br>GORDON & REES, LLP |
| 16 | | 275 Battery Street, 20th Floor<br>San Francisco, CA  94111 |
| 17 | | Telephone: (415) 986-5900 |
| 18 | Dated: February 26, 2008 | WINSTON & STRAWN, LLP |
| 19 | | |
| 20 | | /s/ Debra J. Albin-Riley<br>DEBRA J. ALBIN-RILEY |
| 21 | | Attorney for Defendant T-Mobile USA, Inc. |
| 22 | | |
| 23 | | Debra J. Albin- Riley<br>WINSTON & STRAWN LLP |
| 24 | | 333 South Grand Avenue, 38th Floor<br>Los Angeles, California 90017-1543 |
| 25 | | Telephone:  (213) 615-1700<br>Facsimile:   (213) 615-1750 |
| 26 | | |
| 27 | | |
| 28 | | |

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA  94105

SF1\395423\2

5
STIPULATION REGARDING BRIEFING DEADLINES AND CMC          CASE NOS. C 06-06567 CW,
                                                          C 07-05298 CW  C 07-03407 CW,
                                                          C 08-00013 CW,  C 07-06496 CW

| | |
|---|---|
| Dated: February 26, 2008 | THE JACOBS LAW FIRM, CHTD |
| | /s/ John G. Jacobs |
| | JOHN G. JACOBS |
| | Attorneys for Plaintiff |
| | Russell Bradberry |
| | John G. Jacobs |
| | Bryan G. Kolton |
| | THE JACOBS LAW FIRM, CHTD |
| | 122 South Michigan Ave., Ste. 1850 |
| | Chicago, Ill 60603 |
| | Telephone: (312) 427-4000 |
| | Facsimile:  (312) 427-1850 |

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\395423\2

6

STIPULATION REGARDING BRIEFING DEADLINES AND CMC   CASE NOS. C 06-06567 CW,
C 07-05298 CW  C 07-03407 CW,
C 08-00013 CW,  C 07-06496 CW

1

2   MICHAEL J. STORTZ (State Bar No. 139386)
    Michael.Stortz@dbr.com
3   BETH O. ARNESE (State Bar No. 241186)
    Beth.Arnese@dbr.com
4   DRINKER BIDDLE & REATH LLP
    50 Fremont Street, 20th Floor
5   San Francisco, California 94105-2235
    Telephone: (415) 591-7500
6   Facsimile: (415) 591-7510

7   Attorneys for Defendant
    AT&T MOBILITY LLC
8

9                   UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11

12  | BRADBERRY,                              | Case No. C 06-06567 CW |
13  |               Plaintiff,                | **[PROPOSED] ORDER**   |
14  |      v.                                 |                        |
15  | T-MOBILE, USC, INC. et al.              |                        |
16  |               Defendants.               |                        |
17  | *Bradberry v. mBlox, Inc*               | Case No. C 07-05298 CW |
    | *Pishvaee v. Verisign, Inc.*            | Case No. C 07-03407 CW |
18  | *Jiran v. AT&T Mobility, LLC, et al.*   | Case No. C 08-00013 CW |
    | *Valdez v. M-Qube, Inc., et al.*        | Case No. C 07-06496 CW |
19

20

21

22

23

24

25

26

27

28

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\395424\1

[PROPOSED] ORDER                              CASE NOS. C 06-06567 CW,
                                              C 07-05298 CW  C 07-03407 CW,
                                              C 08-00013 CW, C 07-06496 CW

1  Based on the stipulation of the Parties and for good cause shown, IT IS HEREBY
2  ORDERED.
3      1.    The Case Management Conference shall be continued to **June 17, 2008 at
4  2:00 p.m.**  In the interim, all responsive pleading deadlines remain stayed.  At the Case
5  Management Conference on June 17, 2008, the Parties shall propose new dates for a Case
6  Management Scheduling Order.  The Parties will also address a proposed schedule for
7  responsive pleading deadlines at that time.
8      Pursuant to stipulation and for good cause shown, IT IS SO ORDERED.

10  Dated: April __, 2008

12                                    The Honorable Claudia Wilken
                                     United States District Court,
13                                    Northern District of California

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA  94105

SF1\395424\1

2

[PROPOSED] ORDER                                                CASE NOS. C 06-06567 CW,
                                                           C 07-05298 CW  C 07-03407 CW,
                                                           C 08-00013 CW, C 07-06496 CW