1  MICHAEL J. STORTZ (State Bar No. 139386)
   Michael.Stortz@dbr.com
2  BETH O. ARNESE (State Bar No. 241186)
   Beth.Arnese@dbr.com
3  DRINKER BIDDLE & REATH LLP
   50 Fremont Street, 20th Floor
4  San Francisco, California 94105-2235
   Telephone: (415) 591-7500
5  Facsimile: (415) 591-7510

6  Attorneys for Defendant
   AT&T MOBILITY LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| BRADBERRY, | Case No. C 06-06567 CW |
|---|---|
| Plaintiff, | **STIPULATION REGARDING BRIEFING DEADLINES AND CONTINUING CASE MANAGEMENT CONFERENCE DATE** |
| v. | |
| T-MOBILE, USC, INC. et al. | |
| Defendants. | |
| *Bradberry v. mBlox, Inc* | Case No. C 07-05298 CW |
| *Pishvaee v. Verisign, Inc.* | Case No. C 07-03407 CW |
| *Jiran v. AT&T Mobility, LLC, et al.* | Case No. C 08-00013 CW |
| *Valdez v. M-Qube, Inc., et al.* | Case No. C 07-06496 CW |

Parties to these actions have discussed and continue to discuss potential settlement. To permit further time for such discussions, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties:

1.  The Parties in the above-captioned matters agree to suspend the following dates: (a) all dates set forth in the Court's February 15, 2008 Amended Case Management Scheduling Order for Reassigned Cases; and (b) all responsive pleading deadlines.

2.  The Parties further agree that the Case Management Conference in these actions shall be continued to June 17, 2008 at 2:00 p.m. At that time, the Parties

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

STIPULATION REGARDING BRIEFING DEADLINES AND CMC

CASE NOS. C 06-06567 CW,
C 07-05298 CW  C 07-03407 CW,
C 08-00013 CW, C 07-06496 CW,

SF1\395423\2

anticipate that if needed, they will be able to propose new dates for a Case Management Scheduling Order. The Parties will also address a proposed schedule for responsive pleading deadlines at that time.

IT IS SO STIPULATED.

Dated: April 9, 2008                    DRINKER BIDDLE & REATH LLP

/s/ Michael J. Stortz
MICHAEL J. STORTZ

Attorneys for Defendant
AT&T Mobility, LLC

50 Fremont Street, 20th Floor
San Francisco, CA 94105

*Of Counsel*
Seamus C. Duffy
DRINKER BIDDLE & REATH LLP
One Logan Square
18th & Cherry Streets
Philadelphia, Pennsylvania 19103-6996
Telephone: (215) 988-2700

Dated: April 9, 2008                    ARNOLD & PORTER LLP

/s/ Angel L. Tang
RONALD L. JOHNSTON
ANGEL L. TANG

Attorneys for Defendants
VeriSign, Inc. and m-Qube, Inc.

777 South Figueroa Street, Suite 4400
Los Angeles, California 90017
(213) 243-4000

*Of Counsel*
James Cooper
Arnold & Porter LLP
555 Twelfth Street, NW
Washington, DC 20004-1206
Telephone: (202) 942-5014

2

STIPULATION REGARDING BRIEFING DEADLINES AND CMC    CASE NOS. C 06-06567 CW,
C 07-05298 CW  C 07-03407 CW,
C 08-00013 CW, C 07-06496 CW

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\395423\2

| | | |
|---|---|---|
| 1 | Dated: April 9, 2008 | LUCE FORWARD HAMILTON & SCRIPPS LLP |
| 2 | | |
| 3 | | /s/ Jeffrey L. Fillerup<br>JEFFREY L. FILLERUP |
| 4 | | Attorneys for Defendant<br>mBlox, Inc. |
| 5 | | |
| 6 | | Rincon Center II<br>121 Spear Street, Suite 200<br>San Francisco, CA 94105-1582 |
| 7 | | Telephone: (415) 356-4600<br>Facsimile: (415) 356-4610 |
| 8 | | |
| 9 | | *Of Counsel*<br>Craig M. White |
| 10 | | Brent Austin<br>Chung-Han Lee |
| 11 | | WILDMAN HARROLD ALLEN & DIXON LLP |
| 12 | | 225 West Wacker Drive<br>28th Floor |
| 13 | | Chicago, IL 60606-1229<br>Telephone: (312) 201-2000 |
| 14 | | |
| 15 | Dated: April 9, 2008 | SHEPPARD MULLIN RICHTER & HAMPTON LLP |
| 16 | | |
| 17 | | /s/ Philip Atkins-Pattenson<br>PHILIP ATKINS-PATTENSON |
| 18 | | Attorneys for Defendant |
| 19 | | Mobile Messenger Americas, Inc. |
| 20 | | Four Embarcadero Center<br>Seventeenth Floor |
| 21 | | San Francisco, CA 94111<br>Telephone: (415) 434-9100 |
| 22 | | Facsimile: (415) 434-3947 |

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SFI\395423\2

3

STIPULATION REGARDING BRIEFING DEADLINES AND CMC

CASE NOS. C 06-06567 CW,
C 07-05298 CW  C 07-03407 CW,
C 08-00013 CW, C 07-06496 CW

Dated: April 9, 2008

KAMBEREDELSON, LLC

/s/ Myles McGuire
MYLES MCGUIRE

Attorneys for Plaintiffs
Louis Jiran, Dolores Gresham and Aliza Valdez

Terry M. Gordon
The Law Offices of Terry M. Gordon
Three Harbor Drive, Suite 215
Sausalito, California 94965
Telephone: (415) 331-3601
Facsimile: (415) 331-1225

*Of Counsel*
Jay Edelson
Myles McGuire
KamberEdelson, LLC
53 West Jackson Blvd.
Suite 1530
Chicago, IL 60604

John G. Jacobs
Bryan G. Kolton
The Jacobs Law Firm, CHTD.
122 South Michigan Ave
Suite 1850
Chicago, IL 60603

Dated: April 9, 2008

AUDET & PARTNERS, LLP

/s/ William M. Audet
WILLIAM M. AUDET

Attorney for Plaintiff Babak Pishvaee

William M. Audet
AUDET & PARTNERS LLP
221 Main Street, Suite 1460
San Francisco, California 94105
Telephone: (415) 568-2555

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\395423\2

4

STIPULATION REGARDING BRIEFING DEADLINES AND CMC

CASE NOS. C 06-06567 CW,
C 07-05298 CW  C 07-03407 CW,
C 08-00013 CW, C 07-06496 CW

| | | |
|---|---|---|
| 1 | Dated: April 9, 2008 | BROAD & CASSEL |
| 2 | | |
| 3 | | /s/ Jeffrey R. Geldens<br>JEFFREY R. GELDENS |
| 4 | | Attorneys for Defendant<br>Buongiorno USA, Inc. |
| 5 | | |
| 6 | | Jeffrey R. Geldens<br>BROAD AND CASSEL<br>One Biscayne Tower<br>2 South Biscayne Boulevard, 21st Floor<br>Miami, FL 33131<br>Telephone: (305) 373-9400 |
| 10 | Dated: April 9, 2008 | GORDON & REES, LLP |
| 11 | | |
| 12 | | /s/ Aristotle E. Evia<br>ARISTOTLE E. EVIA |
| 13 | | Attorneys for Defendant<br>Buongiorno USA, Inc. |
| 15 | | Aristotle Eder Evia<br>GORDON & REES, LLP<br>275 Battery Street, 20th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 986-5900 |
| 18 | Dated: April 9, 2008 | WINSTON & STRAWN, LLP |
| 20 | | /s/ Debra J. Albin-Riley<br>DEBRA J. ALBIN-RILEY |
| 21 | | Attorney for Defendant T-Mobile USA, Inc. |
| 23 | | Debra J. Albin-Riley<br>WINSTON & STRAWN LLP<br>333 South Grand Avenue, 38th Floor<br>Los Angeles, California 90017-1543<br>Telephone: (213) 615-1700<br>Facsimile: (213) 615-1750 |

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\395423\2

5

STIPULATION REGARDING BRIEFING DEADLINES AND CMC

CASE NOS. C 06-06567 CW,
C 07-05298 CW  C 07-03407 CW,
C 08-00013 CW, C 07-06496 CW

| | |
|---|---|
| Dated: April 9, 2008 | THE JACOBS LAW FIRM, CHTD |
| | /s/ John G. Jacobs |
| | JOHN G. JACOBS |
| | Attorneys for Plaintiff |
| | Russell Bradberry |
| | John G. Jacobs |
| | Bryan G. Kolton |
| | THE JACOBS LAW FIRM, CHTD |
| | 122 South Michigan Ave., Ste. 1850 |
| | Chicago, Ill 60603 |
| | Telephone: (312) 427-4000 |
| | Facsimile:   (312) 427-1850 |

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA  94105

SF1\395423\2

6

STIPULATION REGARDING BRIEFING DEADLINES AND CMC

CASE NOS. C 06-06567 CW,
C 07-05298 CW  C 07-03407 CW,
C 08-00013 CW, C 07-06496 CW

# CERTIFICATE OF SERVICE

I, LEE ANN L. ALLDRIDGE, declare that:

I am at least 18 years of age, and not a party to the above-entitled action. My business address is 50 Fremont Street, 20th Floor, San Francisco, California 94105, Telephone: (415) 591-7500. On April 9, 2008, I caused to be served the following document(s):

**STIPULATION REGARDING BRIEFING DEADLINES AND CONTINUING CASE MANAGEMENT CONFERENCE DATE**

by enclosing a true copy of (each of) said document(s) in (an) envelope(s), addressed as follows:

| | |
|---|---|
| ☑ | **BY MAIL:** I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service. I know that the correspondence is deposited with the United States Postal Service on the same day this declaration was executed in the ordinary course of business. I know that the envelope was sealed, and with postage thereon fully prepaid, placed for collection and mailing on this date, following ordinary business practices, in the United States mail at San Francisco, California. |
| ☐ | **BY PERSONAL SERVICE:** I caused such envelopes to be delivered by a messenger service by hand to the address(es) listed below: |
| ☐ | **BY OVERNIGHT DELIVERY:** I enclosed a true copy of said document(s) in a Federal Express envelope, addressed as follows: |
| ☐ | **BY FACSIMILE:** I caused such documents to be transmitted by facsimile transmission and mail as indicated above. |

| | |
|---|---|
| Terry M. Gordon<br>Law Offices of Terry M. Gordon<br>Three Habor Drive, Suite 215<br>Sausalito, California 94965<br>Facsimile: (415) 331-1225<br>Attorneys for Plaintiff | Jay Edelson, Esq.<br>Myles McGuire, Esq.<br>KAMBEREDELSON, LLC<br>53 West Jackson Blvd., Suite 1642<br>Chicago, Il 60604<br>Facsimile: (312) 913-9401<br>Attorneys for Plaintiff |
| Donald M. Falk<br>Mayer Brown LLP<br>Two Palo Alto Square, Suite 300<br>3000 El Camino Real<br>Palo Alto, CA 94306-2060<br>Facsimile: 650) 331-2060<br><br>Attorney for Defendant AT&T Mobility, LLC | Jeffrey L. Fillerup<br>Luce Forward Hamilton & Scripps LLP<br>Rincon Center II<br>121 Spear Street, Suite 200<br>San Francisco, CA 94105<br>Facsimile: 415) 356-3881<br><br>Attorney for Defendant mBlox, Inc. |

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SFI\395423\2

7

STIPULATION REGARDING BRIEFING DEADLINES AND CMC

CASE NOS. C 06-06567 CW,
C 07-05298 CW  C 07-03407 CW,
C 08-00013 CW, C 07-06496 CW

| | |
|---|---|
| James L. Cooper<br>Laura Riposo Vandruff<br>Ronald L. Johnson<br>Angel L. Tang<br>Arnold & Porter LLP<br>555 12th Street, NW<br>Washington, DC 20004-1206<br>Facsimile: 202) 942-5999<br><br>Attorneys for Defendant VeriSign, Inc. | Chung-Han Lee<br>Brent Austin<br>Craig M. White<br>Wildman Harrold Allen & Dixon LLP<br>225 West Wacker Drive, 28th Floor<br>Chicago, IL 60606<br>Facsimile: (312) 416-4836<br><br>Attorneys for Defendant mBlox, Inc. |
| Ronald J. Johnston<br>Angel L. Tang<br>Arnold & Porter LLP<br>777 S. Figueroa Street, Suite 4400<br>Los Angeles, CA 90017-5844<br>Facsimile: (213) 243-4199<br><br>Attorneys for Defendant VeriSign, Inc | Jeffrey R. Geldens<br>Rhett Traband<br>Laura A. Yelen<br>Broad and Cassel<br>One Biscayne Tower<br>2 South Biscayne Blvd, 21st Floor<br>Miami, Florida 33131<br>Facsimile: 305) 373-9443<br><br>Attorneys for Defendant Boungiorno USC, Inc. |

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on April 9, 2008 at San Francisco, California.

_____
LEE ANN L. ALLDRIDGE

MICHAEL J. STORTZ (State Bar No. 139386)
Michael.Stortz@dbr.com
BETH O. ARNESE (State Bar No. 241186)
Beth.Arnese@dbr.com
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, California 94105-2235
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

Attorneys for Defendant
AT&T MOBILITY LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRADBERRY, | Case No. C 06-06567 CW |
| Plaintiff, | **[PROPOSED] ORDER** |
| v. | |
| T-MOBILE, USC, INC. et al. | |
| Defendants. | |
| *Bradberry v. mBlox, Inc* | Case No. C 07-05298 CW |
| *Pishvaee v. Verisign, Inc.* | Case No. C 07-03407 CW |
| *Jiran v. AT&T Mobility, LLC, et al.* | Case No. C 08-00013 CW |
| *Valdez v. M-Qube, Inc., et al.* | Case No. C 07-06496 CW |

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\395424\1

[PROPOSED] ORDER    CASE NOS. C 06-06567 CW,
C 07-05298 CW  C 07-03407 CW,
C 08-00013 CW, C 07-06496 CW

Based on the stipulation of the Parties and for good cause shown, IT IS HEREBY ORDERED.

1. The Case Management Conference shall be continued to **June 17, 2008 at 2:00 p.m.** In the interim, all responsive pleading deadlines remain stayed. At the Case Management Conference on June 17, 2008, the Parties shall propose new dates for a Case Management Scheduling Order. The Parties will also address a proposed schedule for responsive pleading deadlines at that time.

Pursuant to stipulation and for good cause shown, IT IS SO ORDERED.

Dated: April __, 2008

_____
The Honorable Claudia Wilken
United States District Court,
Northern District of California

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\395424\1

[PROPOSED] ORDER

2

CASE NOS. C 06-06567 CW,
C 07-05298 CW  C 07-03407 CW,
C 08-00013 CW, C 07-06496 CW