1  MICHAEL J. STORTZ (State Bar No. 139386)
   Michael.Stortz@dbr.com
2  BETH O. ARNESE (State Bar No. 241186)
   Beth.Arnese@dbr.com
3  DRINKER BIDDLE & REATH LLP
   50 Fremont Street, 20th Floor
4  San Francisco, California  94105-2235
   Telephone: (415) 591-7500
5  Facsimile: (415) 591-7510

6  Attorneys for Defendant
   AT&T MOBILITY LLC
7

8                   UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11 | BRADBERRY, | Case No. C 06-06567 CW |
|---|---|
12 | Plaintiff, | **STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE** |
13 | v. | |
14 | T-MOBILE, USA, INC. et al. | |
15 | Defendants. | |
16 | *Bradberry v. mBlox, Inc* | Case No. C 07-05298 CW |
   | *Pishvaee v. Verisign, Inc.* | Case No. C 07-03407 CW |
17 | *Jiran v. AT&T Mobility, LLC, et al.* | Case No. C 08-00013 CW |
   | *Valdez v. M-Qube, Inc., et al.* | Case No. C 07-06496 CW |
18

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA  94105

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE     CASE NOS. C 06-06567 CW,
                                                       C 07-05298 CW  C 07-03407 CW,
SF1\401389\1                                           C 08-00013 CW, C 07-06496 CW,

The Parties in this action hereby stipulate and agree to the entry of an Order Continuing for thirty days the Case Management Conference presently set for June 17, 2008 at 2:00 p.m. and in support of the requested relief state:

1. The Parties in the above-captioned matters previously stipulated to continue the Case Management Conference for all cases until June 17, 2008.

2. On May 12-13, 2008, and again on May 22-24, 2008, Counsel for Plaintiffs Jiran and Gresham held in-person mediation sessions with Counsel for Defendant AT&T Mobility, which were also attended by Counsel for certain Defendants in these related suits. As a result of the mediation, a global settlement agreement was reached.

3. On May 30, 2008, the Hon. Alice Bonner presiding in the case styled *Tracie McFerren v. AT&T Mobility, LLC,* Fulton County Superior Court Case No. 08-CV-151322, preliminarily approved the settlement reached between the class and Defendant AT&T Mobility. If finally approved and implemented, this settlement will resolve the claims of both Plaintiffs and the proposed class against Defendant AT&T Mobility in this case and some claims against certain other Defendants in the above-listed related cases. [*See* Order Granting Preliminary Approval of Class Action Settlement, a true and accurate copy of which is attached as Exhibit A].

4. Under the circumstances, the Parties request an additional thirty days to assess the impact of the settlement in *McFerren v. AT&T Mobility*.

WHEREFORE, the Parties respectfully request this Court enter an Order Continuing the Case Management Conference presently set for June 17, 2008 at 2:00 pm until July 22, 2008 at 2:00 p.m., or such other date as is convenient to the Court, where if these matter are not resolved the Parties will discuss a proposed schedule for a responsive pleadings deadline.

IT IS SO STIPULATED.

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\401389\1

2
STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE   CASE NOS. C 06-06567 CW,
C 07-05298 CW  C 07-03407 CW,
C 08-00013 CW,  C 07-06496 CW

| | | |
|---|---|---|
| 1 | Dated: June 12, 2008 | DRINKER BIDDLE & REATH LLP |
| 2 | | |
| 3 | | /s/ Michael J. Stortz<br>MICHAEL J. STORTZ |
| 4 | | Attorneys for Defendant<br>AT&T Mobility, LLC |
| 5 | | |
| 6 | | 50 Fremont Street, 20th Floor<br>San Francisco, CA 94105 |
| 7 | | *Of Counsel*<br>Seamus C. Duffy<br>DRINKER BIDDLE & REATH LLP<br>One Logan Square<br>18th & Cherry Streets<br>Philadelphia, Pennsylvania 19103-6996<br>Telephone: (215) 988-2700 |
| 12 | Dated: June 12, 2008 | ARNOLD & PORTER LLP |
| 14 | | /s/ Angel L. Tang<br>RONALD L. JOHNSTON<br>ANGEL L. TANG |
| 16 | | Attorneys for Defendants<br>VeriSign, Inc. and m-Qube, Inc. |
| 17 | | 777 South Figueroa Street, Suite 4400<br>Los Angeles, California 90017<br>(213) 243-4000 |
| 19 | | *Of Counsel*<br>James Cooper<br>Arnold & Porter LLP<br>555 Twelfth Street, NW<br>Washington, DC 20004-1206<br>Telephone: (202) 942-5014 |

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\401389\1

3

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE    CASE NOS. C 06-06567 CW,
C 07-05298 CW  C 07-03407 CW,
C 08-00013 CW,  C 07-06496 CW

| | | |
|---|---|---|
| 1 | Dated: June 12, 2008 | LUCE FORWARD HAMILTON & SCRIPPS LLP |

/s/ Jeffrey L. Fillerup
_____
JEFFREY L. FILLERUP

Attorneys for Defendant
mBlox, Inc.

Rincon Center II
121 Spear Street, Suite 200
San Francisco, CA  94105-1582
Telephone: (415) 356-4600
Facsimile: (415) 356-4610

*Of Counsel*
Craig M. White
Brent Austin
Chung-Han Lee
WILDMAN HARROLD ALLEN & DIXON LLP
225 West Wacker Drive
28th Floor
Chicago, IL 60606-1229
Telephone:  (312) 201-2000

Dated: June 12, 2008                    SHEPPARD MULLIN RICHTER & HAMPTON LLP

/s/ Philip Atkins-Pattenson
_____
PHILIP ATKINS-PATTENSON

Attorneys for Defendant
Mobile Messenger Americas, Inc.

Four Embarcadero Center
Seventeenth Floor
San Francisco, CA  94111
Telephone: (415) 434-9100
Facsimile: (415) 434-3947

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA  94105

SF1\401389\1

4
STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE     CASE NOS. C 06-06567 CW,
C 07-05298 CW  C 07-03407 CW,
C 08-00013 CW,  C 07-06496 CW

| | |
|---|---|
| Dated: June 12, 2008 | KAMBEREDELSON, LLC |

/s/ Myles McGuire
MYLES MCGUIRE

Attorneys for Plaintiffs
Louis Jiran, Dolores Gresham and Aliza Valdez

Terry M. Gordon
The Law Offices of Terry M. Gordon
Three Harbor Drive, Suite 215
Sausalito, California 94965
Telephone: (415) 331-3601
Facsimile: (415) 331-1225

*Of Counsel*
Jay Edelson
Myles McGuire
KamberEdelson, LLC
53 West Jackson Blvd.
Suite 1530
Chicago, IL 60604

John G. Jacobs
Bryan G. Kolton
The Jacobs Law Firm, CHTD.
122 South Michigan Ave
Suite 1850
Chicago, IL 60603

Dated: June 12, 2008                AUDET & PARTNERS, LLP

/s/ William M. Audet
WILLIAM M. AUDET

Attorney for Plaintiff Babak Pishvaee

William M. Audet
AUDET & PARTNERS LLP
221 Main Street, Suite 1460
San Francisco, California 94105
Telephone: (415) 568-2555

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\401389\1

5
STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE    CASE NOS. C 06-06567 CW,
C 07-05298 CW  C 07-03407 CW,
C 08-00013 CW,  C 07-06496 CW

1  Dated: June 12, 2008                BROAD & CASSEL

3                                       /s/ Jeffrey R. Geldens
                                        JEFFREY R. GELDENS

4                                       Attorneys for Defendant
                                        Buongiorno USA, Inc.

6                                       Jeffrey R. Geldens
                                        BROAD AND CASSEL
                                        One Biscayne Tower
7                                       2 South Biscayne Boulevard, 21st Floor
                                        Miami, FL  33131
8                                       Telephone: (305) 373-9400

10 Dated: June 12, 2008                GORDON & REES, LLP

12                                      /s/ Aristotle E. Evia
                                        ARISTOTLE E. EVIA

13                                      Attorneys for Defendant
                                        Buongiorno USA, Inc.

15                                      Aristotle Eder Evia
                                        GORDON & REES, LLP
                                        275 Battery Street, 20th Floor
16                                      San Francisco, CA  94111
                                        Telephone: (415) 986-5900

18 Dated: June 12, 2008                ARENT FOX LLP

20                                      /s/ Debra J. Albin-Riley
                                        DEBRA J. ALBIN-RILEY

21                                      Attorney for Defendant T-Mobile USA, Inc.

23                                      Debra J. Albin- Riley
                                        ARENT FOX LLP
24                                      555 West Fifth Street, 48th Floor
                                        Los Angeles, CA 90013
25                                      Telephone:  (213) 629-7400
                                        Facsimile:   (213) 629-7401

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA  94105

6

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE          CASE NOS. C 06-06567 CW,
                                                             C 07-05298 CW  C 07-03407 CW,
SF1\401389\1                                                 C 08-00013 CW,  C 07-06496 CW

| | | |
|---|---|---|
| 1 | Dated: June 12, 2008 | THE JACOBS LAW FIRM, CHTD |
| 2 | | |
| 3 | | /s/ John G. Jacobs<br>JOHN G. JACOBS |
| 4 | | Attorneys for Plaintiff |
| 5 | | Russell Bradberry |
| 6 | | John G. Jacobs<br>Bryan G. Kolton |
| 7 | | THE JACOBS LAW FIRM, CHTD<br>122 South Michigan Ave., Ste. 1850 |
| 8 | | Chicago, Ill 60603<br>Telephone: (312) 427-4000<br>Facsimile:   (312) 427-1850 |

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA  94105

SF1\401389\1

7

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE      CASE NOS. C 06-06567 CW,
C 07-05298 CW  C 07-03407 CW,
C 08-00013 CW,  C 07-06496 CW

MICHAEL J. STORTZ (State Bar No. 139386)
Michael.Stortz@dbr.com
BETH O. ARNESE (State Bar No. 241186)
Beth.Arnese@dbr.com
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, California 94105-2235
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

Attorneys for Defendant
AT&T MOBILITY LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRADBERRY,<br><br>           Plaintiff,<br><br>     v.<br><br>T-MOBILE, USA, INC. et al.<br><br>           Defendants. | Case No. C 06-06567 CW<br><br>**[PROPOSED] ORDER** |
| *Bradberry v. mBlox, Inc* | Case No. C 07-05298 CW |
| *Pishvaee v. Verisign, Inc.* | Case No. C 07-03407 CW |
| *Jiran v. AT&T Mobility, LLC, et al.* | Case No. C 08-00013 CW |
| *Valdez v. M-Qube, Inc., et al.* | Case No. C 07-06496 CW |

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\401392\1

[PROPOSED] ORDER         CASE NOS. C 06-06567 CW,
                         C 07-05298 CW  C 07-03407 CW,
                         C 08-00013 CW, C 07-06496 CW

1  Based on the stipulation of the Parties and for good cause shown, IT IS HEREBY
2  ORDERED.
3  1. The Case Management Conference presently set for June 17, 2008 at 2:00
4  pm shall be continued to July 22, 2008 at 2:00 p.m.. If the Parties have not previously
5  resolved the proposed schedule for a responsive pleading deadline by that time, the
6  Parties will discuss a proposed schedule for a responsive pleadings deadline.
7  Pursuant to stipulation and for good cause shown, IT IS SO ORDERED.

Dated: June __, 2008

The Honorable Claudia Wilken
United States District Court,
Northern District of California

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\401392\1

2

[PROPOSED] ORDER                                CASE NOS. C 06-06567 CW,
                                                C 07-05298 CW  C 07-03407 CW,
                                                C 08-00013 CW, C 07-06496 CW