1  MICHAEL J. STORTZ (State Bar No. 139386)
   Michael.Stortz@dbr.com
2  BETH O. ARNESE (State Bar No. 241186)
   Beth.Arnese@dbr.com
3  DRINKER BIDDLE & REATH LLP
   50 Fremont Street, 20th Floor
4  San Francisco, California  94105-2235
   Telephone: (415) 591-7500
5  Facsimile: (415) 591-7510

6  Attorneys for Defendant
   AT&T MOBILITY LLC
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  BRADBERRY, | Case No. C 06-06567 CW |
| 12           Plaintiff, | **[PROPOSED]** ORDER |
| 13      v. | |
| 14  T-MOBILE, USA, INC. et al. | |
| 15           Defendants. | |
| 16  *Bradberry v. mBlox, Inc* | Case No. C 07-05298 CW |
|     *Pishvaee v. Verisign, Inc.* | Case No. C 07-03407 CW |
| 17  *Jiran v. AT&T Mobility, LLC, et al.* | Case No. C 08-00013 CW |
|     *Valdez v. M-Qube, Inc., et al.* | Case No. C 07-06496 CW |
| 18 | |

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA  94105

SF1\401392\1

[PROPOSED] ORDER        CASE NOS. C 06-06567 CW,
                        C 07-05298 CW  C 07-03407 CW,
                        C 08-00013 CW, C 07-06496 CW


1  Based on the stipulation of the Parties and for good cause shown, IT IS HEREBY
2  ORDERED.
3   1. The Case Management Conference presently set for June 17, 2008 at 2:00
4  pm shall be continued to July 22, 2008 at 2:00 p.m..  If the Parties have not previously
5  resolved the proposed schedule for a responsive pleading deadline by that time, the
6  Parties will discuss a proposed schedule for a responsive pleadings deadline.
7   Pursuant to stipulation and for good cause shown, IT IS SO ORDERED.

Dated: June 16, 2008



The Honorable Claudia Wilken
United States District Court,
Northern District of California

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\401392\1

[PROPOSED] ORDER

2

CASE NOS. C 06-06567 CW,
C 07-05298 CW  C 07-03407 CW,
C 08-00013 CW, C 07-06496 CW