| | |
|---|---|
| 1 | MICHAEL J. STORTZ (SBN #139386) |
|   | michael.stortz@dbr.com |
| 2 | BETH O'NEAL ARNESE (SBN #241186) |
|   | beth.arnese@dbr.com |
| 3 | DRINKER BIDDLE & REATH LLP |
|   | 50 Fremont Street |
| 4 | 20th Floor |
|   | San Francisco, CA 94105-2235 |
| 5 | Telephone:   (415) 591-7500 |
|   | Facsimile:    (415) 591-7510 |
| 6 | |
|   | Attorneys for Defendant |
| 7 | AT&T MOBILITY LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS JIRAN AND DELORES GRESHAM, individually and on behalf of a class of similarly situated individuals, | Case No. C-08-00013 CW |
| Plaintiffs, | **NOTICE OF MOTION AND MOTION TO STAY** |
| v. | |
| AT&T MOBILITY, LLC d/b/a The New AT&T f/k/a CINGULAR WIRELESS, a Delaware limited liability company, VERISIGN, INC., a Delaware corporation, M-QUBE, INC., a Delaware corporation, MBLOX, INC., a Delaware corporation, and MOBILE MESSENGER AMERICAS, INC., a Delaware corporation, | **Date**: September 4, 2008<br>**Time:** 2:00 p.m.<br>**Courtroom:** 2, 4th Floor |
| Defendants. | |
| BABAK PISHVAEE, individually, and on behalf of a class of similarly situated individuals, | Case No. C-07-3407 CW |
| Plaintiffs, | |
| v. | |
| VERISIGN, INC., a California corporation, M QUBE, INC., a Delaware corporation, and AT&T MOBILITY LLC, formerly known as Cingular Wireless LLC, a Delaware corporation, | |
| Defendants. | |

DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

NOTICE OF MOTION AND MOTION TO STAY
SF01/ 597807.1

CASE NO. C-08-00013 CW

1  TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

2  PLEASE TAKE NOTICE that on September 4, 2008 at 2:00 p.m., in Department 2 of this Court, located at 1301 Clay Street, Oakland, CA 94612, defendants Cingular Wireless Services LLC, AT&T Wireless Services, Inc. and New Cingular Wireless Services, Inc. (now collectively "AT&T Mobility") and Plaintiffs Louis Jiran and Delores Gresham will jointly move and hereby do move for an order staying all pretrial activity in the *Pishvaee v. VeriSign, et al.*, Case No. 07-3407 (N.D. Cal.) and *Jiran v. AT&T Mobility LLC, et al.*, Case No. 08-00013, (N.D. Cal.) proceedings until a final settlement is approved by the court. A parallel class action is pending before the Superior Court of Fulton County, Georgia captioned *Tracie McFerren v. AT&T Mobility LLC*, No. 2008-EV-004400F. The parties in the *McFerren* case have recently reached a nationwide settlement, which has been preliminarily approved by the *McFerren* Court. Because the *McFerren* settlement class includes all persons within the putative class for the pending federal actions within the *Pishvaee* and *Jiran* cases, a stay is appropriate pursuant to the Court's inherent power to stay litigation in the interest of judicial economy.

15  ///
16  ///
17  ///
18  ///
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

NOTICE OF MOTION AND MOTION TO STAY
SF01/ 597807.1
- 2 -
CASE NO. C-08-00013 CW

1  This Motion to Stay is based on this Notice of Motion and Motion, the following memorandum of points and authorities in support, the accompanying Declaration of Michael Stortz, and such further items as may be considered by the Court in determining this Motion.

Dated: July 17, 2008                    DRINKER BIDDLE & REATH LLP


By: /s/ *Beth Arnese*
    Beth O'Neal Arnese

Attorneys for Defendant
AT&T MOBILITY LLC

Dated: July 17, 2008                    KAMBEREDELSON, LLC


By: /s/ *Myles McGuire*
    Myles McGuire

Attorneys for Plaintiffs
Louis Jiran, Dolores Gresham and Aliza Valdez

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7 | MICHAEL J. STORTZ (SBN #139386)<br>michael.stortz@dbr.com<br>BETH O'NEAL ARNESE (SBN #241186)<br>beth.arnese@dbr.com<br>DRINKER BIDDLE & REATH LLP<br>50 Fremont Street<br>20th Floor<br>San Francisco, CA 94105-2235<br>Telephone:    (415) 591-7500<br>Facsimile:    (415) 591-7510<br><br>Attorneys for Defendant<br>AT&T MOBILITY LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS JIRAN AND DELORES GRESHAM, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>AT&T MOBILITY, LLC d/b/a The New AT&T f/k/a CINGULAR WIRELESS, a Delaware limited liability company, VERISIGN, INC., a Delaware corporation, M-QUBE, INC., a Delaware corporation, MBLOX, INC., a Delaware corporation, and MOBILE MESSENGER AMERICAS, INC., a Delaware corporation,<br><br>Defendants. | Case No. C-08-00013 CW<br><br>**[PROPOSED] ORDER GRANTING MOTION TO STAY** |
| BABAK PISHVAEE, individually, and on behalf of a class of similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>VERISIGN, INC., a California corporation, M QUBE, INC., a Delaware corporation, and AT&T MOBILITY LLC, formerly known as Cingular Wireless LLC, a Delaware corporation,<br><br>Defendants. | Case No. C-07-3407 JW |

DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

NOTICE OF MOTION AND MOTION TO STAY
SF01/ 597808.1

CASE NO. C-08-00013 CW

1   On September 4, 2008, Defendants Cingular Wireless LLC, AT&T Wireless Services, Inc., and New Cingular Wireless Services (now collectively "AT&T Mobility") and Plaintiffs Louis Jiran and Delores Gresham's Joint Motion to Stay came on for hearing in Courtroom 2 of this Court. All parties were given notice and an opportunity to be heard, and each party was represented at the hearing by its counsel of record. Having reviewed all of the papers and admissible evidence filed in support of and in opposition to the motion and for good cause appearing:

IT IS HEREBY ORDERED THAT the motion to stay is GRANTED. The Court hereby orders a stay of all pretrial activity in the *Pishvaee* and *Jiran* cases pending final approval of the settlement in the parallel class action pending before the Superior Court of Fulton County, Georgia captioned *Tracie McFerren v. AT&T Mobility LLC*, No. 2008-EV-004400F.

Dated: September _____, 2008

_____
Hon. Claudia Wilken
United States District Court
Northern District of California

DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

NOTICE OF MOTION AND MOTION TO STAY
SF01/ 597808.1
- 2 -
CASE NO. C-08-00013 CW