1  Michael J. Stortz (SBN #139386)
   michael.stortz@dbr.com
2  Beth O. Arnese (SBN #241186)
   beth.arnese@dbr.com
3  DRINKER BIDDLE & REATH LLP
   50 Fremont Street
4  20th Floor
   San Francisco, CA  94105-2235
5  Telephone: (415) 591-7500
   Facsimile: (415) 591-7510
6
7  Attorneys for Defendant
   AT&T MOBILITY LLC
8
9
10              UNITED STATES DISTRICT COURT
11           NORTHERN DISTRICT OF CALIFORNIA
12

| | |
|---|---|
| BRADBERRY, | Case No. C 06-06567 CW |
| Plaintiff, | **STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| v. | |
| T-MOBILE, USA, INC. et al. | |
| Defendants. | |

| | |
|---|---|
| *Bradberry v. mBlox, Inc* | Case No. C 07-05298 CW |
| *Pishvaee v. Verisign, Inc.* | Case No. C 07-03407 CW |
| *Jiran v. AT&T Mobility, LLC, et al.* | Case No. C 08-00013 CW |
| *Valdez v. M-Qube, Inc., et al.* | Case No. C 07-06496 CW |

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1         The Parties in this action hereby stipulate and agree to the entry of an Order
2
3   Continuing the Case Management Conference ("CMC") presently set for July 22, 2008 at
4   2:00 p.m. and in support of the requested relief state:
5         1.     The Parties in the above-captioned matters previously stipulated to continue
6   the CMC for all cases until June 17, 2008 and again stipulated to continue the CMC until
7   July 22.
8         2.     In the parties' Stipulation dated June 12, 2008, this Court was apprised of
9   the national settlement of a parallel class action pending before the Superior Court of
10   Fulton County, Georgia and captioned *McFerren v. AT&T Mobility LLC*, No. 2008-EV-
11   004400F.  The settlement was preliminarily approved on May 30, and the final approval
12   hearing for the *McFerren* settlement is set for December 8, 2008.  The Plaintiffs and
13   Defendant AT&T Mobility have concurrently filed a Joint Motion to Stay these
14   proceedings as related to themselves, which is presently set for hearing on September 4,
15   2008.
16         3.     Defendant T-Mobile and counsel for the *McFerren* Plaintiffs have also
17   been in discussions relating to the resolution of this and other matters and request
18   additional time to continue such dialogue.
19         4.     Under the circumstances, the Parties request that the CMC be continued
20   until September 9, 2008 at 2:00 pm or any date thereafter as is convenient for the Court.
21         WHEREFORE, the Parties respectfully request this Court enter an Order
22   Continuing the Case Management Conference presently set for July 22, 2008 at 2:00 pm
23   until September 9, 2008 at 2:00pm, or such other date as is convenient to the Court,
24   where if these matter are not resolved the Parties will discuss a proposed schedule for a
25   responsive pleadings deadline.
26         IT IS SO STIPULATED.
27
28

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE       CASE NOS. C 06-06567 CW,
C 07-05298 CW  C 07-03407 CW,
C 08-00013 CW,  C 07-06496 CW

| | |
|---|---|
| 1 | Dated: July 16, 2008 |

KAMBEREDELSON, LLC

/s/ Myles McGuire
MYLES MCGUIRE

Attorneys for Plaintiffs
Louis Jiran, Dolores Gresham and Aliza Valdez

Terry M. Gordon
The Law Offices of Terry M. Gordon
Three Harbor Drive, Suite 215
Sausalito, California 94965
Telephone: (415) 331-3601
Facsimile: (415) 331-1225

Jay Edelson
Myles McGuire
KamberEdelson, LLC
53 West Jackson Blvd.
Suite 550
Chicago, IL 60604

John G. Jacobs
Bryan G. Kolton
The Jacobs Law Firm, CHTD.
122 South Michigan Ave
Suite 1850
Chicago, IL 60603

Dated: July 16, 2008

DRINKER BIDDLE & REATH LLP

/s/ Michael J. Stortz
MICHAEL J. STORTZ

Attorneys for Defendant
AT&T Mobility, LLC

50 Fremont Street, 20th Floor
San Francisco, CA 94105

*Of Counsel*
Seamus C. Duffy
DRINKER BIDDLE & REATH LLP
One Logan Square
18th & Cherry Streets
Philadelphia, Pennsylvania 19103-6996
Telephone: (215) 988-2700

3

CASE NOS. C 06-06567 CW,
C 07-05298 CW  C 07-03407 CW,
C 08-00013 CW, C 07-06496 CW

1

2    Dated: July 16, 2008                    ARNOLD & PORTER LLP

3
                                            /s/ Angel L. Tang
4                                           RONALD L. JOHNSTON
                                            ANGEL L. TANG
5
                                            Attorneys for Defendants
6                                           VeriSign, Inc. and m-Qube, Inc.

7                                           777 South Figueroa Street, Suite 4400
                                            Los Angeles, California  90017
8                                           (213) 243-4000

9                                           *Of Counsel*
                                            James Cooper
10                                          Arnold & Porter LLP
                                            555 Twelfth Street, NW
11                                          Washington, DC  20004-1206
                                            Telephone:  (202) 942-5014
12

13   Dated: July 16, 2008                    LUCE FORWARD HAMILTON & SCRIPPS LLP

14
                                            /s/ Chung-Han Lee
15                                          CHUNG-HAN LEE

16                                          Attorneys for Defendant
                                            mBlox, Inc.
17
                                            Rincon Center II
18                                          121 Spear Street, Suite 200
                                            San Francisco, CA  94105-1582
19                                          Telephone: (415) 356-4600
                                            Facsimile: (415) 356-4610
20
                                            *Of Counsel*
21                                          Craig M. White

22                                          Brent Austin

23                                          Chung-Han Lee
                                            WILDMAN HARROLD ALLEN & DIXON LLP
24                                          225 West Wacker Drive

25                                          28th Floor
                                            Chicago, IL 60606-1229
26                                          Telephone:  (312) 201-2000

27

28
                                        4

1   Dated: July 16, 2008                    SHEPPARD MULLIN RICHTER & HAMPTON LLP

2
                                            /s/ Philip Atkins-Patterson
3                                           PHILIP ATKINS-PATTERSON

4                                           Attorneys for Defendant
                                            Mobile Messenger Americas, Inc.
5
                                            Four Embarcadero Center
6                                           Seventeenth Floor
                                            San Francisco, CA  94111
7                                           Telephone: (415) 434-9100
                                            Facsimile: (415) 434-3947
8

9

10

11  Dated: July 16, 2008                    AUDET & PARTNERS, LLP

12
                                            /s/ William M. Audet
13                                          WILLIAM M. AUDET

14                                          Attorney for Plaintiff Babak Pishvaee

15
                                            William M. Audet
16                                          AUDET & PARTNERS LLP
                                            221 Main Street, Suite 1460
17                                          San Francisco, California 94105
                                            Telephone:  (415) 568-2555
18

19

20

21

22

23

24

25

26

27

28

5

1    Dated: July 16, 2008                    BROAD & CASSEL

2

3                                            /s/ Jeffrey R. Geldens
                                             JEFFREY R. GELDENS

4                                            Attorneys for Defendant
                                             Buongiorno USA, Inc.
5

6                                            Jeffrey R. Geldens
                                             BROAD AND CASSEL
                                             One Biscayne Tower
7                                            2 South Biscayne Boulevard, 21st Floor
                                             Miami, FL 33131
8                                            Telephone: (305) 373-9400

9

10   Dated: July 16, 2008                    GORDON & REES, LLP

11

12                                           /s/ Aristotle E. Evia
                                             ARISTOTLE E. EVIA

13                                           Attorneys for Defendant
                                             Buongiorno USA, Inc.
14

15                                           Aristotle Eder Evia
                                             GORDON & REES, LLP
                                             275 Battery Street, 20th Floor
16                                           San Francisco, CA 94111
                                             Telephone: (415) 986-5900

17

18   Dated: July 16, 2008                    ARENT FOX LLP

19

20                                           /s/ Debra J. Albin-Riley
                                             DEBRA J. ALBIN-RILEY

21                                           Attorney for Defendant T-Mobile USA, Inc.

22

23                                           Debra J. Albin- Riley
                                             ARENT FOX LLP
24                                           555 West Fifth Street, 48th Floor
                                             Los Angeles, CA 90013
25                                           Telephone: (213) 629-7400
                                             Facsimile: (213) 629-7401

26

27

28

                                   6

1   Dated: July 16, 2008                THE JACOBS LAW FIRM, CHTD

2

3                           /s/ John G. Jacobs
                           JOHN G. JACOBS

4                           Attorneys for Plaintiff
                           Russell Bradberry

5

6                           John G. Jacobs
                           Bryan G. Kolton

7                           THE JACOBS LAW FIRM, CHTD
                           122 South Michigan Ave., Ste. 1850

8                           Chicago, Ill 60603
                           Telephone: (312) 427-4000

9                           Facsimile:  (312) 427-1850

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

7