1  MICHAEL J. STORTZ (State Bar No. 139386)
   Michael.Stortz@dbr.com
2  BETH O. ARNESE (State Bar No. 241186)
   Beth.Arnese@dbr.com
3  DRINKER BIDDLE & REATH LLP
   50 Fremont Street, 20th Floor
4  San Francisco, California 94105-2235
   Telephone: (415) 591-7500
5  Facsimile: (415) 591-7510

6  Attorneys for Defendant
   AT&T MOBILITY LLC
7

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10

11 BRADBERRY,                        | Case No. C 06-06567 CW

12              Plaintiff,            | [~~PROPOSED~~] ORDER

13        v.

14 T-MOBILE, USA, INC. et al.

15              Defendants.

16 | *Bradberry v. mBlox, Inc*              | Case No. C 07-05298 CW |
   | *Pishvaee v. Verisign, Inc.*           | Case No. C 07-03407 CW |
17 | *Jiran v. AT&T Mobility, LLC, et al.*  | Case No. C 08-00013 CW |
   | *Valdez v. M-Qube, Inc., et al.*       | Case No. C 07-06496 CW |
18

19

20

21

22

23

24

25

26

27

28

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

[PROPOSED] ORDER

CASE NOS. C 06-06567 CW,
C 07-05298 CW  C 07-03407 CW,
C 08-00013 CW, C 07-06496 CW

1    Based on the stipulation of the Parties and for good cause shown, IT IS HEREBY
2 ORDERED:
3    The Case Management Conference presently set for July 22, 2008 at 2:00 pm shall
4 be continued to September 16, 2008 at 2:00 p.m. Pursuant to stipulation and for good
5 cause shown, IT IS SO ORDERED.

7 Dated: July 22, 2008



The Honorable Claudia Wilken
United States District Court,
Northern District of California

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

[PROPOSED] ORDER

2

CASE NOS. C 06-06567 CW,
C 07-05298 CW  C 07-03407 CW,
C 08-00013 CW, C 07-06496 CW