TERRY M. GORDON (SBN 75604)
LAW OFFICES OF TERRY M. GORDON
1039 Erica Road, Suite 200
Mill Valley, California 94941
Telephone:    (415) 331-3601
Facsimile:    (415) 331-1225

JOHN G. JACOBS (*Pro hac vice*)
THE JACOBS LAW FIRM, CHTD.
122 South Michigan Avenue, Suite 1850
Chicago, Illinois 60603
Telephone:    (312) 427-4000
Facsimile:    (312) 427-1850

Attorneys for Plaintiffs

MICHAEL J. STORTZ (SBN #139386)
michael.stortz@dbr.com
BETH O. ARNESE (SBN #241186)
beth.arnese@dbr.com
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA  94105-2235
Telephone:    (415) 591-7500
Facsimile:    (415) 591-7510

Attorneys for Defendant
AT&T MOBILITY LLC

[Additional counsel listed below]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIRAN *et al*,<br><br>         Plaintiffs,<br><br>    v.<br><br>AT&T MOBILITY, LLC et al.,<br><br>         Defendants. | Case No. C 08-00013 CW<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER OF DISMISSAL WITH PREJUDICE**<br><br>JUDGE:  THE HON. CLAUDIA WILKEN |

## **STIPULATION**

The parties, by and through their undersigned counsel, hereby stipulate pursuant to Fed. R. Civ. Proc. Rule 41(a)(ii) as follows:

1. The claims asserted by the Plaintiffs against the Defendants in this action have been settled and released by final orders and judgments in *Tracie McFerren v. AT&T Mobility, LLC*, Fulton County Superior Court Case No. 08-CV-151322; *Paluzzi et al. v. mBlox, Inc., et al.*, No. 07 CH 37213 (Cook Cty, IL); and *Parone et al v. m-Qube Inc., et al,* No. 08 CH 15834 (Cook Cty, IL).

2. This action should now be dismissed with prejudice, with all parties to bear their own costs.

| | | |
|---|---|---|
| 1 | Dated: March 3, 2010 | DRINKER BIDDLE & REATH LLP |

*/s/ Michael J. Stortz*
MICHAEL J. STORTZ

Attorneys for Defendant
AT&T MOBILITY LLC

50 Fremont Street, 20th Floor
San Francisco, CA 94105

*Of Counsel*
Seamus C. Duffy
DRINKER BIDDLE & REATH LLP
One Logan Square
18th & Cherry Streets
Philadelphia, Pennsylvania 19103-6996
Telephone: (215) 988-2700

Dated: March 3, 2010       WILDMAN HARROLD ALLEN & DIXON LLP

*/s/ Chung-Han Lee*
CHUNG-HAN LEE

Attorneys for Defendant
mBlox, Inc.

Craig M. White (pro hac vice)
Chung-Han Lee (SBN 231950)
Wildman Harrold Allen & Dixon LLP
225 West Wacker Drive
28th Floor
Chicago, IL 60606-1229
Telephone: (312) 201-2000

| | | |
|---|---|---|
| 1 | Dated: March 3, 2010 | ARNOLD & PORTER LLP |
| 2 | | |
| 3 | | */s/ James Cooper* |
| 4 | | JAMES COOPER |
| 5 | | Attorneys for Defendants<br>Verisign, Inc. and m-Qube, Inc. |
| 6 | | |
| 7 | | James Cooper (pro hac vice)<br>Arnold & Porter LLP<br>555 Twelfth Street, NW |
| 8 | | Washington, DC 20004-1206. |
| 9 | Dated: March 3, 2010 | THE JACOBS LAW FIRM, CHTD. |
| 10 | | |
| 11 | | */s/ John G. Jacobs* |
| 12 | | JOHN G. JACOBS |
| 13 | | Attorneys for Plaintiffs<br>Louis Jiran and Dolores Gresham |
| 14 | | Terry M. Gordon |
| 15 | | The Law Offices of Terry M. Gordon<br>1039 Erica Road |
| 16 | | Mill Valley, California 94941<br>Telephone: (415) 331-3601 |
| 17 | | Facsimile: (415) 331-1225 |
| 18 | | Jay Edelson (pro hac vice)<br>Myles McGuire (pro hac vice) |
| 19 | | Edelson McGuire, LLC<br>350 North LaSalle |
| 20 | | Suite 1300<br>Chicago, IL 60654 |
| 21 | | John G. Jacobs (pro hac vice) |
| 22 | | Bryan G. Kolton (pro hac vice)<br>The Jacobs Law Firm, Chtd. |
| 23 | | 122 South Michigan Ave<br>Suite 1850 |
| 24 | | Chicago, IL 60603 |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

| | |
|---|---|
| 1 | **~~PROPOSED~~ ORDER** |
| 2 | Pursuant to the foregoing Stipulation, IT IS HEREBY ORDERED: |
| 3 | That this action shall be and hereby is dismissed with prejudice and all parties are to bear |
| 4 | their own costs. |
| 5 | Dated:  March 18, 2010 |

*/s/ Claudia Wilken*
CLAUDIA WILKEN
United States District Judge